# United States Bankruptcy Court
## DISTRICT OF OREGON

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Dozono, Sho G. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Sho Gerald Dozono | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  3289 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>1534 SW Cardinell Dr<br>Portland, OR  ZIPCODE 97201 | Street Address of Joint Debtor (No. and Street, City, and State)  ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Multnomah | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of  Business**
(Check **one**  box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in
  11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other       Travel Agency

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Main  Proceeding
- [ ] Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by,
regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code)

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer
  debts, defined in 11 U.S.C.
  §101(8) as "incurred by an
  individual primarily for a
  personal, family, or
  household purpose."
- [x] Debts are
  primarily
  business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)   Must attach
  signed application for the court's consideration certifying that the debtor is unable
  to pay fee except in installments. Rule 1006(b). See Official Form  3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must
  attach signed application for the court's consideration.  See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to
  insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment
  on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more
  classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR
COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17.27:29 - 30755-302Y***** - PDF-XChange 4.0

| ~~Voluntary Petition~~ *(This page must be completed and filed in every case)* | Name of Debtor(s): Sho G. Dozono |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:29 - 30755-302Y***** - PDF-XChange 4.0

| ~~Voluntary Petition~~<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Sho G. Dozono |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

~~I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.~~

**X** /s/ Sho G. Dozono
_____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

04/03/2015
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ David A. Foraker
_____
Signature of Attorney for Debtor(s)

DAVID A. FORAKER 812280
_____
Printed Name of Attorney for Debtor(s)

Greene & Markley, P.C.
_____
Firm Name

1515 SW Fifth Avenue, Suite 600
_____
Address

Portland, OR 97201
_____

(503) 295-2668
_____
Telephone Number

04/03/2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:29 - 30755-302V-***** - PDF-XChange 4.0

# United States Bankruptcy Court
## DISTRICT OF OREGON

In re  Sho G. Dozono

Case No.  15-30736-rld7

Chapter  7

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................…………………………. $ _____ 0.00  *See paragraph 7 below.

Prior to the filing of this statement I have received .......…………….................. $ _____ 0.00

Balance Due ...........................……………………......................... $ _____ 0.00  *See paragraph 7 below.

2.  The source of compensation paid to me was:

☐ Debtor  ☑ Other (specify)  Loen A. Dozono Trust

3.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
b. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

7.  This is an involuntary chapter 7 bankruptcy case.  On February 24, 2015, Greene & Markley, P.C. ("G&M") received a retainer deposit from the Loen A. Dozono Trust in the amount of $10,000.00.  On February 27, 2015, G&M applied $2,380.00 of the retainer to pay its invoices for the services rendered before February 17, 2015.  Debtor has agreed to pay G&M's fees on an hourly basis, at the rates in effect at the time services are provided, on a monthly basis.  Note: Legal services do not include representation in any adversary proceedings, contested matters, U.S. trustee audit, or other non-standard matters.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

04/03/2015
_____
Date

/s/ David A. Foraker
_____
Signature of Attorney

Greene & Markley, P.C.
_____
Name of law firm

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:29 - 30755-302Y-**** - PDF-XChange 4.0

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    )        Case No. ___15-30736-rld7___ (If Known)
                                         )
Sho G. Dozono                            )        CHAPTER 7 INDIVIDUAL DEBTOR'S*
                                         )        STATEMENT OF INTENTION
                                         )        PER 11 U.S.C. §521(a)
Debtor(s)                                )
**\*IMPORTANT NOTICES TO <u>DEBTOR(S)</u>**

(1) **SIGN AND FILE** this form even if you show "NONE," **AND**, if creditors are listed, **have the service certificate COMPLETED; AND**
(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under 11 USC §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A** - Debts secured by property of the estate. (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of the estate. Attach additional pages is necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| OnPoint Community Credit Union | Residence |

Property will be (check one):  ☐ SURRENDERED    ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain (for example, avoid lien using 11 USC §522(f)) ~~retain keep current~~    To be sold by trustee

Property is (check one): ☑ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

---

Property No. 2 (if necessary)

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Wells Fargo Bank NA | Sunriver Home |

Property will be (check one):  ☐ SURRENDERED    ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one): ☐ CLAIMED AS EXEMPT    ☑ NOT CLAIMED AS EXEMPT

---

Property No. 3 (if necessary)

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| OnPoint Community Credit Union | 2009 Audi A4 |

Property will be (check one):  ☐ SURRENDERED    ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one): ☑ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

---

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:29 - 30755-302Y-**** - PDF-XChange 4.0

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>NO Leased Property | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):<br>☐ YES        ☐ NO |

| Property No. 2  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):<br>☐ YES        ☐ NO |

| Property No. 3  (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):<br>☐ YES        ☐ NO |

☐ Continuation sheets attached (if any).

*I DECLARE UNDER PENALTY OF PERJURY THAT* THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.

DATE: _____04/03/2015_____

/s/ Sho G. Dozono
DEBTOR'S SIGNATURE

_____
JOINT DEBTOR'S SIGNATURE (if applicable)

*I /WE THE UNDERSIGNED, CERTIFY THAT COPIES OF* <u>BOTH</u> *THIS DOCUMENT* <u>AND</u> *LOCAL FORM #715 WERE SERVED ON ANY* CREDITOR NAMED ABOVE.

DATE: _____04/03/2015_____

 /s/ David A. Foraker                                      812280
DEBTOR OR ATTORNEY'S SIGNATURE        OSB# (if attorney)

JOINT DEBTOR'S SIGNATURE (if applicable and no attorney)

 DAVID A. FORAKER                    (503) 295-2668
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

 1515 SW Fifth Avenue, Suite 600
SIGNER'S ADDRESS (if attorney)

 Portland, OR  97201

---

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR RAILS TO TIMELY PERFORM STATED INTENTIONS**
Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL Relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

---

**QUESTIONS????**
**Call an attorney with question about these procedures or the law.  However, only call the debtor's attorney if you have questions About the debtor's intent as to your collateral.**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:29 - 30755-302Y-**** - PDF-XChange 4.0

Case 15-30736-rld7    Doc 14    Filed 04/03/15

# United States Bankruptcy Court
### DISTRICT OF OREGON

In re ___Sho G. Dozono_____

Case No. ___15-30736-rld7_____

Debtor

Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 1,120,940.00 | | |
| B – Personal Property | YES | 8 | $     42,762.08 | | |
| C –  Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 1,792,695.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $       9,956.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 4,057,048.07 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $     13,704.36 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $     12,271.17 |
| **TOTAL** | | 42 | $ 1,163,702.08 | $ 5,859,700.61 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:50 - 30755-302Y-***** - PDF-XChange 4.0

# United States Bankruptcy Court
## DISTRICT OF OREGON

In re    Sho G. Dozono                 Case No.    15-30736-rld7

             Debtor

                                                    Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

In re   Sho G. Dozono                                                    Case No.   15-30736-rld7
　　　　　　**Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br><br>1534 SW Cardinell Dr<br>Portland, OR 97201<br><br>FMV stated represents debtor's 1/2 interest (value based on current listing price of $1,300,000.00); debtor's non-filing spouse owns remaining 1/2 interest | Tenancy by the Entirety | J | 650,000.00 | 941,888.44 |
| Sunriver Home<br><br>17550 Hummingbird Lane<br>Sunriver, OR  97707<br><br>FMV stated represents debtor's 1/2 interest (tax assessed value of $407,200 per Deschutes County Tax Assessment notice for 2014-2015); debtor's non-filing spouse owns remaining 1/2 interest | Tenancy by the Entirety | J | 203,600.00 | 621,836.62 |
| 20% Ownership interest in commercial building | Tenancy in Common | H | 267,340.00 | 509,541.95 |

Total

(Report also on Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:29 - 30755-302Y***** - PDF-XChange 4.0

In re   Sho G. Dozono                                          Case No.   15-30736-rld7
_____                                       _____
        **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Lots 17 & 18, Block 15, North Portland Street address: 2600-2608 NW Vaughn St., Portland, OR 97210<br><br>FMV stated represents value of debtor's est. 20% ownership interest (based on Multnomah County 2014 taxable RMV of $1,336,700)<br><br><br>20% Ownership interest in commercial building - CONTINUED<br><br>Remaining interests owned by Cyrus E. Lam (20%), Patrick Carey and Karen E. Carey, Trustees of the Patrick & Karen Carey Revocable Trust (10%), Stephen M. Conroy (10%), Malcolm N. Burke, Michael G. Burke, Thomas H. Burke & Kathryn F. Burke (40%) | | | | None |
| | Total ▷ | | 1,120,940.00 | |

(Report also on Summary of Schedules.)

In re  Sho G. Dozono                                    Case No.  15-30736-rld7
        **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on Hand<br>FMV stated approx. as of the date of the involuntary filing 2/17/15 (hereafter the "Petition Date").<br><br>All personal property listed on this Sched B located at debtor's residence unless stated otherwise | H | 125.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank Joint Prime Checking Account<br>Acct. No. ending 9283<br>FMV stated represents debtor's 1/2 interest as of 2/11/15 | J | 1,836.76 |
| | | Wells Fargo Bank Preferred Rate Joint Savings Account<br>Acct. No. ending 8445<br>FMV stated represents debtor's 1/2 interest as of Petition Date | J | 102.33 |
| | | Wells Fargo Bank Joint Prime Checking Account<br>Acct. No. ending 6169<br>Note: Joint account w/debtor's mother who is now deceased.  FMV stated represents balance on Petition Date | J | 0.00 |
| | | Wells Fargo Bank Joint Preferred Rate Savings Account<br>Acct. No. ending 4160<br>Note: Joint account w/debtor's mother who is now deceased.  FMV stated represents balance on Petition Date | J | 0.07 |
| | | Bank of the West Business Checking - For Disclosure Purposes Only | H | 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re ___Sho G. Dozono_____          Case No. ___15-30736-rld7_____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y***** - PDF-XChange 4.0

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor is an authorized signator on the Azumano International, Inc. business checking acct. no. ending 4082; funds on deposit property of the corporation | | |
| | | Bank of America Business Advantage Checking Account - For Disclosure Purposes Only | H | 0.00 |
| | | Debtor is an authorized signator on Azumano International, Inc. business checking acct. no. ending 9118; funds on deposit property of the corporation | | |
| | | OnPoint Community Credit Union Joint Interest Checking Account | J | 2,941.13 |
| | | Acct. No. ending 4848 FMV stated represents balance of debtor's 1/2 interest in joint acct w/non-filing spouse on Petition Date; note: IRS levied entire balance on 2/19/15 | | |
| | | OnPoint Joint FlexSmart Money Market Account | J | 7,590.46 |
| | | Acct. No. ending 4848-11 FMV stated represents debtor's 1/2 interest in joint acct w/non-filing spouse on Petition Date; note: IRS levied entire balance on 2/19/15 | | |
| | | OnPoint Community Credit Union Joint Member Savings Account | J | 2.50 |
| | | Acct. no. ending 4848-1 FMV stated represents debtor's 1/2 interest in joint acct w/non-filing spouse on Petition Date | | |
| | | OnPoint Community Credit Union Certificate of Deposit | J | 0.00 |

In re  Sho G. Dozono                                    Case No.  15-30736-rld7
_____                        _____
          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Acct. no. ending 4848-12 FMV stated represents balance on Petition Date; note: CD matured 2/2/15; funds transferred ($7,151.68) to FlexSmart Money Market Acct which was levied by the IRS 2/19/15 | | |
| | | Canadian Imperial Bank of Commerce Business Operating Account - For Disclosure Purposes Only Debtor is an authorized signator on the Azumano Travel Service, Inc. business operating acct. no. ending 1018; funds on deposit property of the corporation | H | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods, Furnishings & Appliances - Residence Various household goods, furnishings, dishes, linens, rugs, etc.; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 4,304.50 |
| | | Household Goods, Furnishings & Appliances - Sunriver Home Various household goods, furnishings, etc. located at debtor's Sunriver home; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 2,150.00 |
| | | Household Goods, Furnishings - In Storage Unit (Portland Storage Company) Various household items (tables, chairs, desk, shelves, folding beds, suitcases, & other misc. household items) moved to storage in anticipation of sale of residence; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 240.00 |

In re  Sho G. Dozono                                    Case No.  15-30736-rld7
            **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures & Collectibles - Residence<br>Various books, paintings, collectibles & brick-a-brack items; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 963.00 |
| | | Books, Pictures & Collectibles - Sunriver<br>Various books, paintings, collectibles & brick-a-brack items; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 218.00 |
| | | Assorted Pictures & Holiday Ornaments - In Storage Unit (Portland Storage Company)<br>FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 100.00 |
| 6. Wearing apparel. | | Men's Clothing & Accessories<br>Misc. men's clothing, dress & casual, shoes, etc. (Note: Includes items boxed up and moved to storage unit and clothing located at Sunriver home) | H | 490.00 |
| 7. Furs and jewelry. | | Men's Wedding Ring, Watches & Fine Pens<br>Wedding band ($50); costume watches (10 @ $5 ea); Seiko watch ($100); Skagen watch (15 yrs. old) ($25); nice pens ($50) | H | 275.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sporting Goods & Exercise Equipment - Residence & In Storage<br>(4) Sets of golf clubs, tennis rackets, treadmill, cameras; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 485.00 |
| | | Sporting Goods - Sunriver | J | 195.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-****** - PDF-XChange 4.0

In re  Sho G. Dozono                                    Case No.  15-30736-rld7
_____                         _____
            **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Bikes, fishing gear, golf supplies, binoculars; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | $500,000 Term Life Insurance Policy Ameritas Life Insurance Corp Policy No. ending 6770A Owner/Insured: Sho Dozono Beneficiary: Azumano Travel Services, Inc.; Policy Issue Date: 2/24/2014; Expires: 2/24/2044 | H | 0.00 |
| | | $1,400,000 Term Life Insurance Policy Ameritas Life Insurance Corp Policy No. ending 1554 Owner/Insured: Sho Dozono Beneficiary: Loen A. Dozono Policy Issue Date: 2/5/2010; Expires: 2/5/2044 | H | 0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Azumano International Inc 401(k) Plan FMV stated represents balance on Petition Date | H | 1,282.45 |
| | | Azumano Travel Wizard 401(k) Custodian: Charles Schwab Bank Debtor believes this account was closed and any funds remaining were rolled over to the Azumano International 401(k) plan | H | Unknown |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Interest in Azumano International, Inc. | H | 0.00 |

In re  Sho G. Dozono                                    Case No.  15-30736-rld7
         **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | | |
| | | Interest in Azumano Travel Service, Inc.<br>Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | H | 0.00 |
| | | Interest in Premier Gateway, Inc.<br>Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | H | 0.00 |
| | | Interest in Dozono Management Corporation<br>Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | H | 0.00 |
| | | Interest in Oregon League of Minority Voters<br>Oregon League of Minority Voters is a non-profit corporation; corporation owns no assets and therefore debtor believes there is no value | H | 0.00 |
| | | Interest in Ahlan International LLC<br>Debtor sole member; company's debts exceed the value of its assets, if any; debtor believes there is no value | H | 0.00 |
| | | Portland Electric Cab LLC<br>Debtor sole member; only the business name has been reserved; the company has never transacted any business; debtor believes there is no value | H | 0.00 |
| | | Interest in Mt Hood Organic Farms II LLC<br>Debtor sole member; only the business name has been reserved; the company has not transacted any business; debtor believes there is no value | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re  Sho G. Dozono                                    Case No.  15-30736-rld7
          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-**** - PDF-XChange 4.0

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Audi A4  FMV stated represents Kelley Blue Book trade-in value; titled jointly in debtor & wife's names;vehicle subject to lien of OnPoint Community Credit Union | J | 15,899.00 |
| | | 2010 Toyota Prius - For Disclosure Purposes Only  Vehicle titled jointly in debtor and wife's names; wife's vehicle; financed in wife's name with OnPoint Community Credit Union | W | 0.00 |
| 26.  Boats, motors, and accessories. | X | | | |

In re   Sho G. Dozono                                    Case No.   15-30736-rld7
_____                        _____
          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Earned but Unpaid Wages - Azumano International, Inc. Wages earned but unpaid from 2/7/15 - 2/17/15 (7 days - 8 hrs. p/day x $28.8450 p/hr = $1,615.32 est. gross) less withholdings of 26.5% = net wages approx. $1,187.26; 75% exempt = $890.45 | H | 1,187.26 |
| | | Earned but Unpaid Wages - Azumano Company Wages earned but unpaid from 2/1/15 - 2/17/15 (12 working days - 8 hrs. p/day x $33.654 p/hr = $3,230.78 est. gross) less withholdings of 26.5% = net wages approx. $2,374.62; 75% exempt = $1,780.97 | H | 2,374.62 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-**** - PDF-XChange 4.0

**In re**   Sho G. Dozono                           **Case No.**   15-30736-rld7

            **Debtor**                                                   **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                  ☐   Check if debtor claims a homestead exemption that exceeds

☑   11 U.S.C. § 522(b)(3)                          $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | ORS 18.395 (1) | 40,000.00 | 650,000.00 |
| Cash on Hand | ORS 18.345 (1)(o) | 125.00 | 125.00 |
| Interest in Azumano International, Inc. | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Azumano Travel Service, Inc. | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Premier Gateway, Inc. | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Dozono Management Corporation | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Oregon League of Minority Voters | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Ahlan International LLC | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Portland Electric Cab LLC | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Mt Hood Organic Farms II LLC | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Wells Fargo Bank Joint Preferred Rate Savings Account | ORS 18.345 (1)(o) | 0.07 | 0.07 |
| OnPoint Community Credit Union Joint Interest Checking Account | ORS 18.345 (1)(o) | 272.43 | 2,941.13 |
| OnPoint Community Credit Union Joint Member Savings Account | ORS 18.345 (1)(o) | 2.50 | 2.50 |
| 2009 Audi A4 | ORS 18.345 (1)(d) | 3,000.00 | 15,899.00 |
| $500,000 Term Life Insurance Policy | ORS 743.046 | 100% of FMV | 0.00 |
| $1,400,000 Term Life Insurance Policy | ORS 743.046 | 100% of FMV | 0.00 |
| Azumano International Inc 401(k) Plan | ORS 18.358 | 100% of FMV | 1,282.45 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302V-***** - PDF-XChange 4.0

In re   Sho G. Dozono                                          Case No.   15-30736-rld7
              **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Azumano Travel Wizard 401(k) | ORS 18.358 | 100% of FMV | Unknown |
| Household Goods, Furnishings & Appliances - Residence | ORS 18.345 (1)(f) | 3,000.00 | 4,304.50 |
| Books, Pictures & Collectibles - Residence | ORS 18.345 (1)(a) | 600.00 | 963.00 |
| Men's Clothing & Accessories | ORS 18.345 (1)(b) | 600.00 | 490.00 |
| Men's Wedding Ring, Watches & Fine Pens | ORS 18.345 (1)(b) | 1,200.00 | 275.00 |
| Earned but Unpaid Wages - Azumano International, Inc. | ORS 18.385 (1) | 890.45 | 1,187.26 |
| Earned but Unpaid Wages - Azumano Company | ORS 18.385 (1) | 1,780.97 | 2,374.62 |
| | Total exemptions claimed: | 52,753.87 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

B6D (Official Form 6D) (12/07)

In re ____Sho G. Dozono_____,     Case No. 5-30736-rld7
                        **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3289<br><br>IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | X | | Incurred: 11/3/14<br>Lien: Notice of federal tax lien; trust fund recovery penalties 2013-2014<br>Security: All real and personal property belonging to debtor<br>Note: Amount due exclusive of accrued penalties and interest; note creditor levied $22,494.55 on 2/19/15 from debtor's OnPoint bank accounts<br><br>VALUE $ 1,610,102.00 | | | | 285,146.95 | 0.00 |
| ACCOUNT NO. 6714<br><br>Multnomah County Tax Assessor<br>POB 2716<br>Portland, OR 97208-2716 | X | | Incurred: 2014-2015<br>Lien: Real property tax<br>Security: Residence<br>Note: Balance due, with interest, through 3/22/15<br><br>VALUE $ 1,300,000.00 | | | | 6,323.56 | 0.00 |
| ACCOUNT NO. 8486<br><br>OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | X | | Incurred: 3/9/07<br>Lien: First Mortgage<br>Security: Residence<br><br>VALUE $ 1,300,000.00 | | | | 650,417.93 | 0.00 |

___1___ continuation sheets attached

Subtotal ▷                                      $ 941,888.44        $ 0.00
(Total of this page)

Total ▷                                              $                        $
(Use only on last page)

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re **Sho G. Dozono** , **Case No.** **15-30736-rld7**

**Debtor** **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -143<br><br>OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | | X | Lien: PMSI<br>Security: 2009 Audi A4<br><br>VALUE $ 15,899.00 | | | | 4,575.65 | 0.00 |
| ACCOUNT NO.<br><br>Sasaki, Nathan<br>412 NW Couch Ste 3201<br>Portland, OR 97209 | | | Incurred: 7/11/14<br>Lien: Trust Deed; Promissory Note & Loan Agreement<br>Security: Sunriver Home<br>Amount due approximate<br><br>VALUE $ 407,200.00 | | | | 250,000.00 | 214,636.62<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br>Sitka Holdings LLC<br>Attn Mark Taylor<br>3401 Daniels St<br>Vancouver, WA 98660 | | X | Incurred: 4/11/12<br>Lien: Promissory Note and Loan Agreement; Deed of Trust & Assignment of Rents & Leases<br>Security: 2600-2608 NW Vaughn St., Portland, OR<br>Amount due approximate<br><br>VALUE $ 267,340.00 | | | | 224,395.00 | 0.00 |
| ACCOUNT NO. 1396<br><br>Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 | | X | Incurred: 9/22/10<br>Lien: First Mortgage<br>Security: Sunriver Home<br><br>VALUE $ 407,200.00 | | | | 371,836.62 | 0.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $ 850,807.27 | $ 214,636.62 |
| Total(s)<br>(Use only on last page) | $ 1,792,695.71 | $ 214,636.62 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re _____Sho G. Dozono_____,  Case No._____15-30736-rld7_____
                        Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y***** - PDF-XChange 4.0

In re ___Sho G. Dozono_____,   Case No.___15-30736-rld7_____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

☐  **Certain farmers and fishermen**

　　Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

　　Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

　　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

　　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

　　Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

　　* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___  **continuation sheets attached**

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-**** - PDF-XChange 4.0

In re Sho G. Dozono _____ ,     Case No. 15-30736-rld7 _____
          **Debtor**                                                         **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3289<br><br>IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | | | Incurred: 2014-2015<br>Consideration:<br>Precautionary notice provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 3289<br><br>ODR Bkcy<br>955 Center NE #353<br>Salem, OR 97301-2555 | | | Incurred: 2014-2015<br>Consideration:<br>Precautionary notice provided | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 3289<br><br>ODR Bkcy<br>955 Center NE #353<br>Salem, OR 97301-2555 | | | Incurred: 2012 & 2014<br>Consideration: Withholding tax; responsible officer penalty<br>Note: Amount due as of 3/26/15 notice | | | | 9,956.83 | 9,956.83 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ 9,956.83 | $ 9,956.83 | $ 0.00 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 9,956.83 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 9,956.83 | $ 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07)

In re ___Sho G. Dozono_____,          Case No. ____15-30736-rld7_____
          **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0419<br><br>ACH Capital LLC<br>2715 Coney Island Ave 2nd Fl<br>Brooklyn, NY  11235 | | | Incurred: 2013<br>Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Airlines Reporting Corporation<br>3000 Wilson Blvd Ste 300<br>Arlington, VA  22201-3862 | | | Incurred: 2014<br>Consideration: Precautionary notice provided<br>Trade creditor of Premier Gateway, Inc.; balance due $816.52 | | | | Notice Only |
| ACCOUNT NO.<br><br>Akiyama, Chiyo<br>c/o Hiroko Minami<br>13825 NE Beech St<br>Portland, OR  97230 | X | | Incurred: 10/27/14<br>Consideration: Promissory note<br>Note: New creditor added; debt obligation of Azumano Travel Service, Inc.; debtor may be personally liable | | | | 104,529.00 |
| ACCOUNT NO.<br><br>Alghasham, Issam<br>4802 Nassau Ave NE #192<br>Tacoma, WA  98422 | X | | Consideration: Promissory note<br>Note: New creditor added; debt obligation of Azumano Travel Service, Inc.; debtor may be personally liable | | | | 5,000.00 |

___14___ continuation sheets attached

Subtotal ≻   $        109,529.00

Total ≻   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302V-***** - PDF-XChange 4.0

In re  Sho G. Dozono                                    ,        Case No.  15-30736-rld7
_____            _____
        **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2001<br><br>American Express<br>POB 981535<br>El Paso, TX  79998-1535 | | | Consideration: Credit card debt | | | | 970.02 |
| ACCOUNT NO.  2009<br><br>American Express<br>POB 981535<br>El Paso, TX  79998-1535 | | | Consideration: Credit card debt<br>Amount due as of 12/12/14 statement | | | | 2,797.55 |
| ACCOUNT NO.  2000<br><br>American Express<br>POB 981535<br>El Paso, TX  79998-1535 | X | | Consideration: Business credit card<br>Debt obligation of Azumano International, Inc.; debtor may be personally liable | | | | 7,882.56 |
| ACCOUNT NO.  9656<br><br>American Express Travel Related Svc Co<br>POB 299051<br>Ft Lauderdale, FL  33329-9051 | | | Consideration: Precautionary notice provided<br>Trade creditor of Premier Gateway, Inc. | | | | Notice Only |
| ACCOUNT NO.  0875<br><br>Bank of America<br>POB 982238<br>El Paso, TX  79998-2238 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; trade creditor of Ahlan International re business credit card debt; amount due as of 2/6/15 $5,899.42 | | | | Notice Only |

Sheet no.  1  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $        11,650.13

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302V-**** - PDF-XChange 4.0

In re    Sho G. Dozono                                          ,      Case No.    15-30736-rld7
                        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BizFunds LLC<br>4758 Ridge Rd #415<br>Cleveland, OH 44114 | X | | Incurred: 6/7/13<br>Consideration: Personal guaranty<br>Trade debt of Premier Gateway, Inc., Azumano Travel Service, Inc. & Azumano Travel Wizard LLC; amout due as of 2/4/15 | | | | 53,546.56 |
| ACCOUNT NO.<br><br>BizFunds LLC<br>c/o Egon P Singerman Esq<br>30625 Solon Rd Ste C<br>Cleveland, OH 44139 | | | Consideration: Precautionary notice provided<br>Attorney for creditor | | | | Notice Only |
| ACCOUNT NO.<br><br>Burke, Kathryn F<br>c/o Cyrus E Lam<br>208 SW Stark St #600<br>Portland, OR 97204-2633 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; creditor holds 40% ownership interest in commercial bldg (2600-2608 NW Vaughn St) with Malcolm N. Burke, Michael G. Burke & Thomas H. Burke | | | | Notice Only |
| ACCOUNT NO.<br><br>Burke, Malcolm N<br>c/o Cyrus E Lam<br>208 SW Stark St #600<br>Portland, OR 97204-2633 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; creditor holds 40% ownership interest in commercial bldg (2600-2608 NW Vaughn St) with Michael G. Burke, Thomas H. Burke & Kathryn F. Burke | | | | Notice Only |
| ACCOUNT NO.<br><br>Burke, Michael G<br>c/o Cyrus E Lam<br>208 SW Stark St #600<br>Portland, OR 97204-2633 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; creditor holds 40% ownership interest in commercial bldg (2600-2608 NW Vaughn St) with Malcolm N. Burke, Thomas H. Burke & Kathryn F. Burke | | | | Notice Only |

Sheet no. 2 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷    $    53,546.56

Total ▷    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-****** - PDF-XChange 4.0

In re  Sho G. Dozono                                    ,        Case No.   15-30736-rld7
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Burke, Thomas H<br>c/o Cyrus E Lam<br>208 SW Stark St #600<br>Portland, OR 97204-2633 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; creditor holds 40% ownership interest in commercial bldg (2600-2608 NW Vaughn St) with Malcolm N. Burke, Michael G. Burke & Kathryn F. Burke | | | | Notice Only |
| ACCOUNT NO.  3760<br><br>Chadwick Funding & Merchant Capital Solutions<br>250 Pehle Ave<br>Saddle Brook, NJ 07663 | | | Incurred: 11/18/14<br>Consideration: Precautionary notice provided<br>Trade creditor of Azumano International, Inc. | | | | Notice Only |
| ACCOUNT NO.  3198<br><br>Chase<br>Cardmember Services<br>POB 15123<br>Wilmington, DE 19850-5123 | X | | Consideration: Business credit card<br>Debt obligation of Azumano International, Inc.; debtor may be personally liable | | | | 10,830.79 |
| ACCOUNT NO.  9940<br><br>Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE 19850-5298 | X | | Consideration: Credit card debt<br>Amount due as of 2/11/15 | | | | 5,632.43 |
| ACCOUNT NO.  7806<br><br>Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE 19850-5298 | X | | Consideration: Business credit card (GM Business Card)<br>Debt obligation of Azumano International, Inc.; debtor may be personally liable | | | | 10,520.29 |

Sheet no.  3  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $          26,983.51

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re  Sho G. Dozono _____ ,    Case No. ___15-30736-rld7_____
          **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4865<br><br>Cisco Systems Capital Corporation<br>170 W Tasman Dr MS SJ13-3<br>San Jose, CA  95134 | | | Incurred: 2012<br>Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service, Inc. | | | | Notice Only |
| ACCOUNT NO.  9151<br><br>CitiBusiness Card<br>POB 6235<br>Sioux Falls, SD  57117-6235 | X | | Consideration: Business credit card<br>Debt obligation of Azumano International, Inc.; debtor may be personally liable | | | | 43,939.37 |
| ACCOUNT NO.<br><br>Conroy, Stephen M<br>2039 Winners Circle<br>N Lauderdale, FL  33068 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; creditor holds 10% ownership interest in commercial bldg (2600-2608 NW Vaughn St) | | | | Notice Only |
| ACCOUNT NO.<br><br>Corporation Service Company<br>Representative<br>POB 2576<br>Springfield, IL  62708 | | | Consideration: Precautionary notice provided<br>Re: UCC-1 filings against Azumano International, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Dillon, Richard Allen<br>15703 NW Fair Acres Dr<br>Vancouver, WA  98685 | | | Consideration: Personal loan; funds used for business<br>Note: One of the petitioning creditors who filed the involuntary petition | | | | 115,000.00 |

Sheet no.  4  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $      158,939.37

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-**** - PDF-XChange 4.0

In re  Sho G. Dozono                                          ,      Case No.   15-30736-rld7
_____          _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dozono, Elisa<br>3173 N Willamette Blvd<br>Portland, OR 97217 | | | Consideration: Personal loan<br>Funds used for business (Azumano Travel Services) | | | | 25,000.00 |
| ACCOUNT NO.<br><br>Dozono, Kristen<br>9442 N Macrum<br>Portland, OR 97203 | | | Consideration: Personal loan<br>Funds used for business (Azumano Travel Service) | | | | 104,250.00 |
| ACCOUNT NO.<br><br>Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | | | Incurred: 6/11/09<br>Consideration: Assignment of debtor's promissory note to George Azumano | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | | | Incurred: 4/20/12<br>Consideration: Assignment of debtor's promissory note to George Azumano<br>Amount due exclusive of accrued interest | | | | 150,000.00 |
| ACCOUNT NO.<br><br>Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | | | Incurred: 5/2/09<br>Consideration: Assignment of promissory note of Dozono Management Corp to George Azumano<br>Amount due exclusive of accrued interest | | | | 26,000.00 |

Sheet no.  5  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    355,250.00

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re  Sho G. Dozono                                    ,        Case No.  15-30736-rld7
         **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | | | Consideration: Credit card debt<br>Note: Charges made on joint credit card account by debtor for business purposes | | | | 75,000.00 |
| ACCOUNT NO.<br>Dozono, Loen A<br>c/o Tara Schleicher Esq<br>121 SW Morrison Ste 600<br>Portland, OR 97204 | | | Consideration: Precautionary notice provided<br>Attorney for creditor | | | | Notice Only |
| ACCOUNT NO.<br>Elf Investments<br>11073 N Alpine Hwy<br>Highland, UT 84003 | | | Incurred: 2014<br>Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service re $100,000 & $50,000 promissory notes | | | | Notice Only |
| ACCOUNT NO.<br>Epic Advance Inc<br>1360 Ocean Parkway Ste 2K<br>Brooklyn, NY 11230 | X | | Incurred: 8/20/14<br>Consideration: Personal guaranty<br>Trade debt of Azumano International, Inc.; amount due approx. | | | | 65,000.00 |
| ACCOUNT NO. 2084<br>First National Bank Omaha<br>POB 3696<br>Omaha, NE 68103-0696 | X | | Consideration: Business Visa credit card<br>Debt obligation of Azumano Travel; debtor may be personally liable | | | | 7,390.28 |

Sheet no. 6 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  147,390.28

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re   Sho G. Dozono                                    ,          Case No.   15-30736-rld7
_____          _____
**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fortress Merchant Solutions Inc<br>360 RXR Plz<br>Uniondale, NY  11556-0301 | X | | Incurred: 8/11/14<br>Consideration: Personal guaranty<br>Trade debt of Azumano International Inc;<br>amount due approx. | | | | 26,000.00 |
| ACCOUNT NO.   7652<br><br>General Electric Capital Corporation<br>POB 35701<br>Billings, MT  59107-5701 | | | Incurred: 2012<br>Consideration: Precautionary notice<br>provided<br>Trade creditor of Azumano Travel Service,<br>Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Got Capital LLC<br>500 Frank W Burr Blvd Glenpoint<br>Center West, FL4 Ste 16<br>Teaneck, NJ  07666 | | | Consideration: Precautionary notice<br>provided<br>Trade creditor of Azumano International,<br>Inc.; balance due $23,489.94 | | | | Notice Only |
| ACCOUNT NO.<br><br>Got Capital LLC<br>c/o Paul C Galm Esq<br>12220 SW First St<br>Beaverton, OR  97005 | | | Consideration: Precautionary notice<br>provided<br>Attorneys for creditor re Azumano<br>International Inc Merchant Agreement<br>(Case No. 15CV04629) | | | | Notice Only |
| ACCOUNT NO.   -000<br><br>Greene & Markley PC<br>1515 SW 5th Ave Ste 600<br>Portland, OR  97201 | | | Consideration: Legal services | | | | 2,380.00 |

Sheet no. 7 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷  $    28,380.00

Total▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re  Sho G. Dozono                                    ,  Case No.  15-30736-rld7
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HM USA Inc<br>231 SE 154th Ave<br>Portland, OR 97233 | X | | Incurred: 2014<br>Consideration: Personal guaranty<br>Trade debt of Azumano Travel and Dozono Management Corporation; amount due approx. | | | | 363,844.93 |
| ACCOUNT NO.<br><br>Kadri, Betty L & S. M.<br>2548 SE Ankeny St<br>Portland, OR 97214-1727 | | | Incurred: 12/24/13<br>Consideration: Personal loan; funds used for business | | | | 50,000.00 |
| ACCOUNT NO. 9145<br><br>Key Equipment Finance Inc<br>600 Travis St 14th Flr<br>Houston, TX 77002 | | | Incurred: 2010<br>Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service, Inc. | | | | Notice Only |
| ACCOUNT NO.<br><br>Knight, Philip H<br>c/o Nike Inc<br>One Bowerman Dr<br>Beaverton, OR 97005 | | | Incurred: 3/22/13<br>Consideration: Promissory Note; funds used for business | | | | 200,000.00 |
| ACCOUNT NO.<br><br>Knight, Philip H<br>c/o Nike Inc<br>One Bowerman Dr<br>Beaverton, OR 97005 | | | Incurred: 5/1/12<br>Consideration: Promissory Note; funds used for business | | | | 300,000.00 |

Sheet no. 8 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  913,844.93

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re  Sho G. Dozono                                    ,        Case No.  15-30736-rld7
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-**** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kotera, Kosuke Dr<br>c/o Bethany L Coleman-Fire Esq<br>1300 SW Fifth Ave Ste 2400<br>Portland, OR 97201 | | | Consideration: Precautionary notice provided<br>Attorney for creditor (re Case No. 15CV04329) | | | | Notice Only |
| ACCOUNT NO.<br><br>Lam, Cyrus E<br>208 SW Stark St #600<br>Portland, OR 97204 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; creditor holds 20% ownership interest in commercial bldg (2600-2608 NW Vaughn St) | | | | Notice Only |
| ACCOUNT NO.<br><br>Leinhart, Ross<br>1001 NW Lovejoy PH-1<br>Portland, OR 97209 | | | Incurred: 2014<br>Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service re $50,000 promissory note | | | | Notice Only |
| ACCOUNT NO.<br><br>Loen A Dozono Trust<br>c/o Loen Dozono Trustee<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | | | Consideration: Precautionary notice provided | | | | Notice Only |
| ACCOUNT NO.<br><br>Newsom, Terry<br>14747 NW GreenBrier Pkwy<br>Beaverton, OR 97006 | | | Incurred: 8/16/13<br>Consideration: Promissory Note; funds used for business<br>Note: One of the petitioning creditors who filed the involuntary petition | | | | 166,000.00 |

Sheet no. 9 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  166,000.00

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Sho G. Dozono                                    ,     Case No.  15-30736-rld7
**Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ominato, Kayoko<br>c/o Hiroko Minami<br>13825 NE Beech St<br>Portland, OR 97230 | X | | Incurred: 10/21/14<br>Consideration: Promissory notes<br>Note: New party added; debt obligation of Azumano Travel Service, Inc.; debtor may be personally liable | | | | 199,303.00 |
| ACCOUNT NO.<br><br>Patrick & Karen Carey Revocable Trust<br>c/o Patrick & Karen Carey Trustees<br>6645 SW Preslynn Dr<br>Portland, OR 97225 | | | Consideration: Precautionary notice provided<br>Note: New parties added for notice; creditors hold 10% ownership interest in commercial building (2600-2608 NW Vaughn St) | | | | Notice Only |
| ACCOUNT NO.<br><br>Platinum Rapid Funding Group Ltd<br>Attn Kevin S Thompson, Controller<br>348 RXR Plaza<br>Uniondale, NY 11556 | X | | Incurred: 9/20/13<br>Consideration: Personal guaranty<br>Trade debt of Azumano Travel Service, Inc.; | | | | 25,929.55 |
| ACCOUNT NO.<br><br>Platinum Rapid Funding Group Ltd<br>c/o Lindsey Rohan Esq<br>8 Lafayette Ave<br>Lake Grove, NY 11755 | | | Consideration: Precautionary notice provided<br>Attorney for creditor re Index No. 600756/2015 | | | | Notice Only |
| ACCOUNT NO.<br><br>Reliable Fast Cash<br>c/o Chris O'Neill Esq<br>1737 NE Broadway<br>Portland, OR 97232 | | | Consideration: Precautionary notice provided<br>Note: New party added for notice; attorney for creditor | | | | Notice Only |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $    225,232.55

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-**** - PDF-XChange 4.0

In re  Sho G. Dozono                                    ,     Case No.   15-30736-rld7
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Reliable Fast Cash<br>One Metrotech Center 20th Fl<br>Brooklyn, NY 11201 | X | | Incurred: 8/14/14<br>Consideration: Personal guaranty; foreign judgment entered 2/18/15<br>Debt obligation of Azumano International, Inc.; note judgment recorded post-petition on 2/18/15 | | | | 58,257.00 |
| ACCOUNT NO.<br><br>Silverstein, Gary<br>3331 Lazy Branch Rd<br>Charlotte, NC 28270 | | | Incurred: 2010<br>Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service re $100,000, $89,000 & $25,000 promissory notes | | | | Notice Only |
| ACCOUNT NO.<br><br>Sloy, Ronald F<br>148 S 295th Pl<br>Federal Way, WA 98003 | | | Incurred: 7/17/13 & 1/9/14<br>Consideration: Promissory Note; funds used for business<br>Note: One of the petitioning creditors who filed the involuntary petition | | | | 286,715.00 |
| ACCOUNT NO.  -577<br><br>State of Oregon<br>Business Development Dept<br>775 Summer St NE Ste 200<br>Salem, OR 97301-1280 | | | Incurred: 4/30/12<br>Consideration: Precautionary notice provided<br>Trade debt of Azumano Travel Service, Inc.; balance due approx. $136,718 | | | | Notice Only |
| ACCOUNT NO.<br><br>Summers, Brent G Esq<br>Tarlow Naito & Summers LLP<br>2501 SW 1st Ave Ste 390<br>Portland, OR 97201 | | | Consideration: Precautionary notice provided<br>Attorneys for petitioning creditors Ronald Sloy, Richard Dillon & Terry Newsom | | | | Notice Only |

Sheet no. 11 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 344,972.00

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302V-***** - PDF-XChange 4.0

In re  Sho G. Dozono                                    ,        Case No.  15-30736-rld7

**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Travel Wizard LLC <br>c/o Robert McMillen, Manager <br>5675 Lucas Valley Rd <br>Nicasio, CA  94946 | X | | Incurred: 2/1/13 <br>Consideration: Personal guaranty <br>Trade debt of Azumano Travel Services, Inc.; amount due approx. | | | | 800,000.00 |
| ACCOUNT NO. <br><br>Turner, Thomas <br>3173 N Willamette Blvd <br>Portland, OR  97217 | | | Consideration: Personal loan <br>Funds used for business (Azumano Travel Service) | | | | 50,000.00 |
| ACCOUNT NO. <br><br>TYK, LLC <br>Attn Masaru Yatabe, Manager <br>231 SE 154th Ave <br>Portland, OR  97233-3105 | X | | Incurred: 8/21/14 <br>Consideration: Promissory note <br>Debt obligation of Dozono Management Corporation; debtor personally guaranteed | | | | 273,556.00 |
| ACCOUNT NO. <br><br>TYK, LLC <br>c/o Dr Kosuke Kotera, Member <br>14-2 Hinoike-Cho <br>HYOGO 662-0084 <br>Nishinomiya, Japan | | | Consideration: Precautionary notice provided <br>Additional address for notice | | | | Notice Only |
| ACCOUNT NO.  8835 <br><br>Umpqua Bank <br>POB 2928 <br>Portland, OR  97208 | | | Incurred: 1/10/08 <br>Consideration: Small business loan <br>Funds used for Azumano International, Inc. | | | | 15,932.94 |

Sheet no. __12__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  1,139,488.94

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y***** - PDF-XChange 4.0

In re  Sho G. Dozono                                    ,     Case No.  15-30736-rld7
          **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5655 <br><br>US Bancorp Business Equipment Finance Group<br>1310 Madrid St<br>Marshall, MN  56258 | | | Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service, Inc. | | | | Notice Only |
| ACCOUNT NO.  9658 <br><br>US Bank<br>Cardmember Service<br>POB 6353<br>Fargo, ND  58125-6353 | X | | Consideration: Precautionary notice provided<br>Trade creditor of Azumano Travel Service, Inc.; balance due approx. $6,440.41 | | | | Notice Only |
| ACCOUNT NO.  7689 <br><br>US Bank<br>Cardmember Service<br>POB 6353<br>Fargo, ND  58125-6353 | X | | Consideration: Business credit card<br>Trade debt of Azumano Travel Service; debtor may be personally liable | | | | 18,176.88 |
| ACCOUNT NO.  6465 <br><br>Wells Fargo Card Services<br>POB 10347<br>Des Moines, IA  50306-0347 | X | | Consideration: Credit card debt | | | | 5,246.28 |
| ACCOUNT NO.  3902 <br><br>WF Business Direct<br>POB 348750<br>Sacramento, CA  95834 | X | | Consideration: Business Mastercard<br>Debt obligation of Azumano Travel Service, Inc.; debtor may be personally liable | | | | 61,532.43 |

Sheet no.  13  of  14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 84,955.59
Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Sho G. Dozono</u> ,    Case No. <u>15-30736-rld7</u>

               **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4486 <br><br> WF Business Direct <br> POB 348750 <br> Sacramento, CA 95834 | | X | Consideration: Business Mastercard Debt obligation of Azumano Holding, Inc.; debtor may be personally liable | | | | 20,439.19 |
| ACCOUNT NO. <br><br> World Global Financing Inc <br> 141 North East 3rd Ave <br> Miami, FL 33132 | | X | Incurred: 5/13/14 <br> Consideration: Personal guaranty; UCC-1 financing statement <br> Trade debt of Azumano International, Inc.; amount due approx. | | | | 65,000.00 |
| ACCOUNT NO. <br><br> Yatabe, Masaru and Alice <br> 231 SE 154th Ave <br> Portland, OR 97233-3105 | | X | Incurred: 2/28/13 Consideration: Promissory Note; funds used for business Amount due approximate | | | | 55,783.52 |
| ACCOUNT NO. <br><br> Yellowstone Capital LLC <br> 160 Pearl St <br> New York, NY 10005 | | X | Incurred: 5/30/14 <br> Consideration: Personal guaranty <br> Trade debt of Dozono Management Corporation; creditor has blanket lien on assets of various businesses of debtor | | | | 149,662.50 |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. <u>14</u> of <u>14</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷   $   290,885.21

Total ▷   $   4,057,048.07

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re __Sho G. Dozono__      Case No. __15-30736-rld7__

                **Debtor**                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Farmers Insurance<br>c/o Rex N Winder, Agent<br>4504 SW Corbett #200<br>Portland, OR 97239 | Homeowner's Insurance Policy (1534 SW Cardinell Dr., Portland)<br>Policy No. ending 44-70<br>Policy term: 03/09/14 - 03/09/15 |
| Farmers Insurance<br>c/o Rex N Winder, Agent<br>4504 SW Corbett #200<br>Portland, OR 97239 | Homeowner's Insurance Policy (17550 Hummingbird Ln, Sunriver)<br>Policy No. ending 58-79<br>Policy term: 08/10/14 - 08/10/15 |
| Ameritas Life Insurance Corp<br>5900 O Street<br>Lincoln, NE 68510 | $500,000 Term Life Insurance Policy<br>Policy No. ending 6770A<br>Owner/Insured: Sho Dozono; Beneficiary: Azumano Travel Services, Inc.; Policy Issue Date: 2/24/14; Policy Expiration Date: 2/24/2044 |
| Ameritas Life Insurance Corp<br>5900 O Street<br>Lincoln, NE 68510 | $1,400,000 Term Life Insurance Policy<br>Policy No. ending 1554<br>Owner/Insured: Sho Dozono; Beneficiary: Loen A. Dozono; Policy Issue Date: 2/5/2010; Policy Expiration Date: 2/5/2044 |
| The Hartford<br>POB 14219<br>Lexington, KY 40512 | Automobile Insurance Policy<br>Policy No. ending 3850<br>Policy term: 09/08/14 - 03/08/15 |
| Northwestern Mutual<br>720 E Wisconsin Ave<br>Milwaukee, WI 53202 | Long Term Care Insurance Policy<br>Policy No. ending 1167 |
| Aflac Worldwide Headquarters<br>1932 Wynnton Rd<br>Columbus, GA 31999 | Cancer Insurance Policy<br>Policy No. ending 2732 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re __Sho G. Dozono__          Case No. __15-30736-rld7__
      **Debtor**                                           **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR  97201 | Wells Fargo Card Services<br>POB 10347<br>Des Moines, IA  50306-0347 |
| Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR  97201 | Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE  19850-5298 |
| Dozono Management Corporation<br>520 SW 6th Ave Ste 1030<br>Portland, OR  97204 | Yatabe, Masaru and Alice<br>231 SE 154th Ave<br>Portland, OR 97233-3105 |
| Dozono Management Corporation<br>520 SW 6th Ave Ste 1030<br>Portland, OR  97204 | TYK, LLC<br>231 SE 154th Ave<br>Portland, OR  97233-3105 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR  97204 | World Global Financing Inc<br>141 North East 3rd Ave<br>Miami, FL  33132 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR  97204 | Fortress Merchant Solutions Inc<br>360 RXR Plz<br>Uniondale, NY  11556-0301 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR  97204 | Reliable Fast Cash<br>One Metrotech Center 20th Fl<br>Brooklyn, NY  11201 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR  97204 | Epic Advance Inc<br>1360 Ocean Parkway Ste 2K<br>Brooklyn, NY  11230 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re Sho G. Dozono
_____
**Debtor**

Case No. 15-30736-rld7
_____
**(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | Travel Wizard LLC<br>c/o Robert McMillen, Manager<br>5675 Lucas Valley Rd<br>Nicasio, CA 94946 |
| Premier Gateway Inc<br>320 SW Stark St #600<br>Portland, OR 97204 | BizFunds LLC<br>4758 Ridge Rd #415<br>Cleveland, OH 44114 |
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | BizFunds LLC<br>4758 Ridge Rd #415<br>Cleveland, OH 44114 |
| Azumano Travel<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | HM USA Inc<br>231 SE 154th Ave<br>Portland, OR 97233 |
| Dozono Management Corporation<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | HM USA Inc<br>231 SE 154th Ave<br>Portland, OR 97233 |
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | Platinum Rapid Funding Group Ltd<br>Attn Kevin S Thompson, Controller<br>348 RXR Plaza<br>Uniondale, NY 11556 |
| Dozono Management Corporation<br>320 SW Stark #600<br>Portland, OR 97204 | Yellowstone Capital LLC<br>160 Pearl St<br>New York, NY 10005 |
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | US Bank<br>Cardmember Service<br>POB 6353<br>Fargo, ND 58125-6353 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE 19850-5298 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-***** - PDF-XChange 4.0

In re Sho G. Dozono                  Case No.    15-30736-rld7
         **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Azumano Travel Service Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | WF Business Direct<br>POB 348750<br>Sacramento, CA 95834 |
| Azumano Holding Inc<br>320 SW Stark St Ste 600<br>Portland, OR 97204 | WF Business Direct<br>POB 348750<br>Sacramento, CA 95834 |
| Azumano Travel<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | First National Bank Omaha<br>POB 3696<br>Omaha, NE 68103-0696 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | CitiBusiness Card<br>POB 6235<br>Sioux Falls, SD 57117-6235 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | Chase<br>Cardmember Services<br>POB 15123<br>Wilmington, DE 19850-5123 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | American Express<br>POB 981535<br>El Paso, TX 79998-1535 |
| Azumano Travel Wizard LLC<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | BizFunds LLC<br>4758 Ridge Rd #415<br>Cleveland, OH 44114 |
| Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | Multnomah County Tax Assessor<br>POB 2716<br>Portland, OR 97208-2716 |
| Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 |
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | Sitka Holdings LLC<br>Attn Mark Taylor<br>3401 Daniels St<br>Vancouver, WA 98660 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y***** - PDF-XChange 4.0

**In re** Sho G. Dozono                              **Case No.** 15-30736-rld7
_____                    _____
           **Debtor**                                                  **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dozono Management Corporation<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | Sitka Holdings LLC<br>Attn Mark Taylor<br>3401 Daniels St<br>Vancouver, WA 98660 |
| Dozono, Loen A<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 |
| Azumano International Inc<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Azumano Travel Wizard LLC<br>520 SW 6th Ave Ste 1030<br>Portland, OR 97204 | IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | Ominato, Kayoko<br>c/o Hiroko Minami<br>13825 NE Beech St<br>Portland, OR 97230 |
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | Akiyama, Chiyo<br>c/o Hiroko Minami<br>13825 NE Beech St<br>Portland, OR 97230 |
| Azumano Travel Service Inc<br>320 SW Stark Ste 600<br>Portland, OR 97204 | Alghasham, Issam<br>4802 Nassau Ave NE #192<br>Tacoma, WA 98422 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:30 - 30755-302Y-**** - PDF-XChange 4.0

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Sho G. Dozono |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of OR |
| Case number (if known) | 15-30736-rld7 |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form **B 6I**

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed  ☐ Not employed | ☒ Employed  ☐ Not employed |
| **Occupation** | Owner/Manager | Site Manager |
| **Employer's name** | Azumano International, Inc. | Japanese Ancestral Society of OR |
| **Employer's address** | 520 SW 6th Ave., Ste 1030 | 1333 SE 28th |
| | Number    Street | Number    Street |
| | Portland, OR 97201 | Portland, OR 97214 |
| | City    State    ZIP Code | City    State    ZIP Code |
| **How long employed there?** | 24 yrs. | 5 yrs. |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,416.66 | $ 1,800.00 |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 5,416.66 | $ 1,800.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y-***** - PDF-XChange 4.0

Case 15-30736-rld7    Doc 14    Filed 04/03/15

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................................................➔ 4. | | $ 5,416.66 | $ 1,800.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 1,598.32 | $ 318.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 325.21 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: ; _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 1,923.53   $ 318.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 3,493.13   $ 1,482.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 1,972.17 | $ 889.20 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ; _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: Wages - Azumano Company; Vaughn Street | 8h. | + $ 5,867.86 | + $ 0.00 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 7,840.03   $ 889.20

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 11,333.16  **+**  $ 2,371.20  **=**  $ 13,704.36

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11. **+** $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies   12.   $ 13,704.36
   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain: SSI benefits were garnished monthly prepetition; levy stayed per order for relief

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y-**** - PDF-XChange 4.0

**Fill in this information to identify your case:**

Debtor 1 **Sho G. Dozono**
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of **OR**

Case number _____ **15-30736-rld7** _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses
**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☒ No
   ☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 3,598.98 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 180.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 234.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5.   $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a.   $ 280.00 |
| 6b. | Water, sewer, garbage collection | 6b.   $ 163.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c.   $ 273.29 |
| 6d. | Other. Specify: _____ | 6d.   $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7.   $ 320.00 |
| 8. | **Childcare and children's education costs** | 8.   $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.   $ 110.00 |
| 10. | **Personal care products and services** | 10.   $ 120.00 |
| 11. | **Medical and dental expenses** | 11.   $ 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.   $ 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.   $ 150.00 |
| 14. | **Charitable contributions and religious donations** | 14.   $ 400.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a.   $ 517.96 |
| 15b. | Health insurance | 15b.   $ 696.00 |
| 15c. | Vehicle insurance | 15c.   $ 340.00 |
| 15d. | Other insurance. Specify: AFLAC Cancer & Long Term Care Ins | 15d.   $ 569.96 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ _____ | 16.   $ 0.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a.   $ 560.42 |
| 17b. | Car payments for Vehicle 2 | 17b.   $ 0.00 |
| 17c. | Other. Specify:_____ _____ | 17c.   $ 0.00 |
| 17d. | Other. Specify:_____ _____ | 17d.   $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18.   $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19.   $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | |
| 20a. | Mortgages on other property | 20a.   $ 2,589.81 |
| 20b. | Real estate taxes | 20b.   $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c.   $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d.   $ 292.75 |
| 20e. | Homeowner's association or condominium dues | 20e.   $ 0.00 |

| | | |
|---|---|---|
| 21. **Other**. Specify: Wife's personal expenses, car payment, gifts, etc | 21. | **+**$ 500.00 |

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                     22.   $ 12,271.17

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $ 13,704.36

    23b. Copy your monthly expenses from line 22 above.    23b.   **−**$ 12,271.17

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.           23c.   $ 1,433.19

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.   Explain here:

Case 15-30736-rld7    Doc 14    Filed 04/03/15

Sho G. Dozono

In re _____    Case No. __15-30736-rld7_____

           **Debtor**                                                         **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __04/03/2015_____    Signature: ___/s/ Sho G. Dozono_____
                                                                **Debtor**

Date _____    Signature: ____Not Applicable_____
                                                        **(Joint Debtor, if any)**

                                              [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                             Social Security No.
of Bankruptcy Petition Preparer                               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
       Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____

                                                          _____
                                                       [Print or type name of individual signing on behalf of debtor.]

                   *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y-**** - PDF-XChange 4.0

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In Re ___Sho G. Dozono_____

Case No. ___15-30736-rld7_____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE | |
|---|---|---|---|
| 2015 | 25,372.42 | Azumano International, Inc., Azumano Company, Vaughn St rent income & SSI (amount stated approximate) | FY: 01/01/15 to 02/17/15 |
| 2014 | 133,715.75 | Azumano International, Inc., Azumano Company, Azumano Travel Wizard LLC, Dozono Management Corporatoin, Nissin Travel Service USA, Inc. (amount stated approximate) (tax returns have not been prepared) | FY: 01/01/14 to 12/31/14 |
| 2013 | 122,946.00 | Azumano Travel Service, Inc., Azumano International, Inc., Dozono Management Corporation, Azumano Company, Azumano Travel Wizard, LLC (per tax return) | FY: 01/01/13 to 12/31/13 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y***** - PDF-XChange 4.0

**2. Income other than from employment or operation of business**

None

☐       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2014 | 59,005.77 | Vaughn St rent income, SSI benefits, interest, 401(k) and IRA distributions (amount stated approximate) |
| 2013 | 140,370.00 | Taxable interest, refunds/credits, business income, pension/annuities, rental income, SSI benefits (per joint tax return, some of which may be attributable to debtor's spouse) |

**3. Payments to creditors**

None

☒       *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐       *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| OnPoint Community Credit Union POB 3750 Portland, OR 97208 | 12/10/14 | 3,598.98 | |
| OnPoint Community Credit Union POB 3750 Portland, OR 97208 | 01/12/15 | 3,598.98 | |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y-***** - PDF-XChange 4.0

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 02/10/15 | 3,598.98 | 650,417.93 |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 12/02/14 | 560.42 | |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 01/02/15 | 560.42 | |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 02/02/15 | 560.42 | 4,575.65 |
| Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 | 11/25/14 | 2,577.73 | |
| Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 | 12/24/14 | 2,577.73 | |
| Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 | 01/27/15 | 2,577.73 | 371,836.62 |
| Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE 19850-5298 | 01/18/15 | 2,726.00 | |
| Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE 19850-5298 | 01/21/15 (wife paid w/separate funds) | 25,000.00 | 5,632.43 |

None

   *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y-***** - PDF-XChange 4.0

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Platinum Rapid Funding Group Ltd vs Azumano Travel Service Inc. and Sho Dozono aka Sho Gerald Dozono Case/Index No. 600756/2015 | Complaint (Breach of Contract, Account Stated, Enforcement of Note) | Supreme Court of the State of New York, County of Nassau | Summons served; answer due; default judgment entered |

None ☐   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| IRS POB 7346 Philadelphia, PA 19101-7346 | 09/11/14 | $352.78 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 10/11/14 | $352.78 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 11/11/14 | $352.78 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 12/11/14 | $390.74 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 01/11/15 | $348.03 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 02/11/15 | $348.03 garnished from SSI |

**5.   Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None
☒

a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒

b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.   Gifts**

None
☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Eppworth United Methodist Church 1333 SE 28th Ave Portland, OR  97214 | None | Monthly | Tithes $400 p/mo. |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y***** - PDF-XChange 4.0

**8. Losses**

None
☒          List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐          List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Greene & Markley, P.C. 1515 SW Fifth Avenue, Suite 600 Portland, OR  97201 | 02/22/15 (note: rcvd post-petition) Payor: Loen A. Dozono Trust | $10,000 Retainer fee for Ch. 7 schedule preparation and representation |

**10. Other transfers**

None
☒    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of the West PO Box 2830 Omaha, NE 68103-2830 | Business Checking Account (Azumano Travel Service, Inc.) Acct. No. 035-522524 Closing Balance: $0 | Closed on or about 11/19/14 |
| Bank of the West PO Box 2830 Omaha, NE 68103-2830 | Business Checking Account (Dozono Management Corp) Acct. No. 035-525675 Closing Balance: $0 | Closed on or about 11/25/14 |
| Bank of the West PO Box 2830 Omaha, NE 68103-2830 | Business Checking Account (Premier Gateway, Inc.) Acct. No. 035-523803 Closing Balance: $0 | Closed on or about 11/17/14 |
| Morgan Stanley Smith Barney LLC 1 New York Plaza 12th Floor New York, NY 10004 | Charles Schwab IRA Acct. No. 109 093790 097 Closing Balance: $0 | Date unknown; gross dist $2,469.59 |

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE<br>OF<br>SETOFF | AMOUNT<br>OF<br>SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

    List all property owned by another person that the debtor holds or controls.

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Tad Dozono<br>c/o 1534 SW Cardinell Dr<br>Portland, OR 97201 | Personal belongings (trunk inherited<br>from great-grandparents), stool and<br>misc. other items) value unknown | Portland Storage Company<br>Storage Unit # 06011<br>215 SE Morrison St<br>Portland, OR 97214 |
| Alison Dozono<br>c/o 1534 SW Cardinell Dr<br>Portland, OR 97201 | Various boxes containing personal<br>belongings; value unknown | Portland Storage Company<br>Storage Unit #06011<br>215 SE Morrison St<br>Portland, OR 97214 |

**15. Prior address of debtor**

None


    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y-***** - PDF-XChange 4.0

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☐

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y-***** - PDF-XChange 4.0

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Ahlan International LLC | 27-3412909 | 320 SW Stark Ste 600 Portland, OR 97204 | Travel agency | 09/09/10 to present (company inactive) |
| Azumano International, Inc. | 93-1070741 | 520 SW 6th Ave Ste 1030 Portland, OR 972044 | International student exchange program | 12/02/91 to present |
| Azumano Travel Service, Inc. | 93-1084824 | 320 SW Stark Ste 600 Portland, OR 97204 | Travel agency | 5/26/92 to present (company inactive) |
| Azumano Travel Wizard, LLC | 46-1901133 | 520 SW 6th Ave Ste 1030 Portland, OR 97204 | Travel agency | 04/19/13 to 016/20/14 (administratively dissolved) |
| Dozono Management Corporation | 20-3043238 | 520 SW 6th Ave Ste 1030 Portland, OR 97204 | Holding company | 06/17/05 to 03/04/15 (articles of dissolution filed) |
| Mt Hood Organic Farms II LLC | N/A | 520 SW 6th Ave Ste 1030 Portland, OR 97204 | Reservation of business name only; no business transacted | 06/19/14 to present |
| Oregon League of Minority Voters | Unknown | 804 N Alberta St Portland, OR 97217 | Non-profit corporation | 10/10/07 to present |
| Portland Electric Cab LLC | Unknown | 320 SW Stark St Ste 600 Portland, OR 97204 | Cab company; business never operated | 04/22/11 to present (company inactive) |
| Premier Gateway, Inc. | Unknown | 320 SW Stark Ste 600 Portland, OR 97204 | International air ticket sales | 01/29/91 to 03/04/15 (articles of dissolution filed) |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                                            ADDRESS

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302V***** - PDF-XChange 4.0

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.12-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y***** - PDF-XChange 4.0

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None ☐

a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Sho Dozono<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | At all relevant times |
| Thomas G. Bode, CPA<br>Alten Sakai & Company LLP<br>10260 SW Greenburg Rd Ste 300<br>Portland, OR 97223-5513 | 38 years |

None ☒

b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐

c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Sho G. Dozono | 1534 SW Cardinell Dr<br>Portland, OR 97201 |
| Thomas G. Bode, CPA<br>Alten Sakai & Company LLP | 10260 SW Greenburg Rd Ste 300<br>Portland, OR 97223-5513 |

None ☐    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Note: Debtor may have provided financial statements to the IRS within the last 2 years in connection with the trust fund recovery penalty assessment for unpaid withholdings by Azumano International, Inc. and/or Azumano Travel Wizard, LLC | Unknown |

### 20. Inventories

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

Case 15-30736-rld7    Doc 14    Filed 04/03/15

**22. Former partners, officers, directors and shareholders**

None   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒        preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒        within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.   Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒        including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
         during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.   Tax Consolidation Group**

None        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒        any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
         period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.   Pension Funds**

None        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒        which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
         immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

Case 15-30736-rld7    Doc 14    Filed 04/03/15

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   04/03/2015
_____

Signature
of Debtor

/s/ Sho G. Dozono
_____

SHO G. DOZONO

_____0____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Friday, April 03, 2015, at 17:27:31 - 30755-302Y***** - PDF-XChange 4.0