In re

Debtor(s)

) Case No. _____
)
) NOTICE OF DEBTOR'S
) AMENDMENT OF MAILING LIST
) OR SCHEDULES D, E, F, G AND/OR H

## I. FILING INSTRUCTIONS FOR DEBTOR(S):

A. File this form to add or delete creditors from the mailing list and/or Schedules D, E, F, G or H, or change the amount or classification of a debt listed on schedules D, E, or F. An amendment filing fee is required.

B. If filing in paper, you must also include a creditor mailing list with ONLY the NEW or DELETED creditors listed in the format set forth on Local Form #104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).

C. If amending Schedules D, E, F, G or H, label them as "Supplemental" and include ONLY the NEW information, and file them with this notice.

D. If amending Schedules D, E, or F, you must also file an updated Summary of Schedules (Official Form #B6), including page 2 if an individual.

E. If the case is closed, you must also file a separate Motion to Reopen with the applicable filing fee.

F. To file an address change for a previously listed creditor, use Local Form #101C instead of this form.

## II. SERVICE INSTRUCTIONS FOR DEBTOR(S):

A. **When adding creditors**: Serve each new creditor with a copy of this notice, and a copy of any of the following documents that have already been filed in this case:

1. **(All chapters)** The Notice of the Meeting of Creditors that includes **all 9 digits** of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).

2. **(All chapters)** Each applicable amended schedule.

3. **(All chapters)** When the time for filing a timely proof of claim or complaint under 11 USC §523(c) or §727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. [Note: You must create this notification.]

4. **(Chapter 7 or 11)** Any order, and any supplemental order, fixing time for filing a proof of claim form.

5. **(Chapter 9, 11, 12, or 13)** (a) The notice of any pending confirmation hearing, all related documents required to be sent with that notice and, in a Chapter 13 case, the most recent proposed plan; or (b) the most recent confirmation order, the most recent confirmed plan, and, if a confirmed Chapter 11 plan, the approved disclosure statement related to the confirmed plan.

6. **(Chapter 11, 12 or 13)** Any notice of modification of plan, including attachments, if time for objection has not expired.

7. **(Chapter 9 or 11 only)** The names and addresses of the Chairperson and any attorney for each official Committee of Creditors or Equity Security Holders.

8. **(Chapter 9 or 11)** The notice of any pending hearing on a proposed disclosure statement, with attachments.

B. **When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim:** Serve each affected creditor with a copy of this notice, the applicable amended schedule(s), and the following:

1. **(All chapters)** A notice to each deleted creditor that: (a) the creditor is being deleted and will not receive further notices unless the creditor files a written request with the court that includes the debtor's name, full case number, and the creditor's name and mailing address; and (b) if time has been fixed to file a proof of claim, the creditor should contact his/her attorney with any claims questions.

2. **(Chapter 9 or 11)** A notice to each affected creditor that a proof of claim must be filed by the later of either (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

## III. CERTIFICATE OF COMPLIANCE:

The undersigned, who is the debtor or debtor's attorney, certifies that: (A) all applicable requirements above have been completed; AND (B) the attachments are true and correct [or were individually verified by the debtor(s)].

Dated: _____

_____
Signature

_____
Type or Print Signer's Name **AND** Phone No.

_____
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

_____

728 (5/1/13)

Sho G. Dozono Supplemental Matrix 4-3-15

Akiyama, Chiyo
c/o Hiroko Minami
13825 NE Beech St
Portland, OR  97230


Alghasham, Issam
4802 Nassau Ave NE #192
Tacoma, WA  98422


Bank of America
POB 982238
El Paso, TX  79998-2238


Burke, Kathryn F
c/o Cyrus E Lam
208 SW Stark St #600
Portland, OR  97204-2633


Burke, Malcolm N
c/o Cyrus E Lam
208 SW Stark St #600
Portland, OR  97204-2633


Burke, Michael G
c/o Cyrus E Lam
208 SW Stark St #600
Portland, OR  97204-2633


Burke, Thomas H
c/o Cyrus E Lam
208 SW Stark St #600
Portland, OR  97204-2633


Conroy, Stephen M
2039 Winners Circle
N Lauderdale, FL  33068


Lam, Cyrus E
208 SW Stark St #600
Portland, OR  97204


Ominato, Kayoko
c/o Hiroko Minami
13825 NE Beech St
Portland, OR  97230


Patrick & Karen Carey Revocable Trust
c/o Patrick & Karen Carey Trustees
6645 SW Preslynn Dr
Portland, OR  97225


Reliable Fast Cash

Case 15-30736-rld7   Doc 17   Filed 04/03/15

Sho G. Dozono Supplemental Matrix 4-3-15
c/o Chris O'Neill Esq
1737 NE Broadway
Portland, OR 97232