B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## DISTRICT OF OREGON

In re: Sho G. Dozono, Debtor

Case No. 15-30736-rld7

Chapter 7

**AMENDED**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 2 | $ 1,120,940.00 | | |
| B – Personal Property | YES | 8 | $ 41,097.08 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 1,798,407.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 9,956.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 4,057,048.07 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 13,704.35 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 12,271.17 |
| TOTAL | | 42 | $ 1,162,037.08 | $ 5,865,412.03 | |

Case 15-30736-rld7    Doc 23    Filed 04/23/15

# United States Bankruptcy Court
### DISTRICT OF OREGON

In re: Sho G. Dozono, Debtor

Case No. 15-30736-rld7

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**AMENDED**

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6B (Official Form 6B) (12/07)

In re   Sho G. Dozono                                    Case No.   15-30736-rld7
　　　　　　Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

AMENDED

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand<br>FMV stated approx. as of the date of the involuntary filing 2/17/15 (hereafter the "Petition Date").<br><br>All personal property listed on this Sched B located at debtor's residence unless stated otherwise | H | 125.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank Joint Prime Checking Account<br>Acct. No. ending 9283<br>FMV stated represents debtor's 1/2 interest as of 2/11/15 | J | 1,836.76 |
| | | Wells Fargo Bank Preferred Rate Joint Savings Account<br>Acct. No. ending 8445<br>FMV stated represents debtor's 1/2 interest as of Petition Date | J | 102.33 |
| | | Wells Fargo Bank Joint Prime Checking Account<br>Acct. No. ending 6169<br>Note: Joint account w/debtor's mother who is now deceased.  FMV stated represents balance on Petition Date | J | 0.00 |
| | | Wells Fargo Bank Joint Preferred Rate Savings Account<br>Acct. No. ending 4160<br>Note: Joint account w/debtor's mother who is now deceased.  FMV stated represents balance on Petition Date | J | 0.07 |
| | | Bank of the West Business Checking - For Disclosure Purposes Only | H | 0.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Sho G. Dozono                               Case No.   15-30736-rld7
             **Debtor**                                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

**AMENDED**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor is an authorized signator on the Azumano International, Inc. business checking acct. no. ending 4082; funds on deposit property of the corporation | | |
| | | Bank of America Business Advantage Checking Account - For Disclosure Purposes Only | H | 0.00 |
| | | Debtor is an authorized signator on Azumano International, Inc. business checking acct. no. ending 9118; funds on deposit property of the corporation | | |
| | | OnPoint Community Credit Union Joint Interest Checking Account<br>Acct. No. ending 4848<br>FMV stated represents balance of debtor's 1/2 interest in joint acct w/non-filing spouse on Petition Date; note: IRS levied entire balance on 2/19/15 | J | 2,941.13 |
| | | OnPoint Joint FlexSmart Money Market Account<br>Acct. No. ending 4848-11<br>FMV stated represents debtor's 1/2 interest in joint acct w/non-filing spouse on Petition Date; note: IRS levied entire balance on 2/19/15 | J | 7,590.46 |
| | | OnPoint Community Credit Union Joint Member Savings Account<br>Acct. no. ending 4848-1<br>FMV stated represents debtor's 1/2 interest in joint acct w/non-filing spouse on Petition Date | J | 2.50 |
| | | OnPoint Community Credit Union Certificate of Deposit | J | 0.00 |

In re  Sho G. Dozono  Case No. 15-30736-rld7
       **Debtor**                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

**AMENDED**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Acct. no. ending 4848-12 FMV stated represents balance on Petition Date; note: CD matured 2/2/15; funds transferred ($7,151.68) to FlexSmart Money Market Acct which was levied by the IRS 2/19/15 | | |
| | | Canadian Imperial Bank of Commerce Business Operating Account - For Disclosure Purposes Only | H | 0.00 |
| | | Debtor is an authorized signator on the Azumano Travel Service, Inc. business operating acct. no. ending 1018; funds on deposit property of the corporation | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods, Furnishings & Appliances - Residence Various household goods, furnishings, dishes, linens, rugs, etc.; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 4,304.50 |
| | | Household Goods, Furnishings & Appliances - Sunriver Home Various household goods, furnishings, etc. located at debtor's Sunriver home; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 2,150.00 |
| | | Household Goods, Furnishings - In Storage Unit (Portland Storage Company) Various household items (tables, chairs, desk, shelves, folding beds, suitcases, & other misc. household items) moved to storage in anticipation of sale of residence; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 240.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Sho G. Dozono                                           Case No.  15-30736-rld7
             **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

AMENDED

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures & Collectibles - Residence<br>Various books, paintings, collectibles & brick-a-brack items; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 963.00 |
| | | Books, Pictures & Collectibles - Sunriver<br>Various books, paintings, collectibles & brick-a-brack items; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 218.00 |
| | | Assorted Pictures & Holiday Ornaments - In Storage Unit (Portland Storage Company)<br>FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 100.00 |
| 6. Wearing apparel. | | Men's Clothing & Accessories<br>Misc. men's clothing, dress & casual, shoes, etc. (Note: Includes items boxed up and moved to storage unit and clothing located at Sunriver home) | H | 490.00 |
| 7. Furs and jewelry. | | Men's Wedding Ring, Watches & Fine Pens<br>Wedding band ($50); costume watches (10 @ $5 ea); Seiko watch ($100); Skagen watch (15 yrs. old) ($25); nice pens ($50) | H | 275.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sporting Goods & Exercise Equipment - Residence & In Storage<br>(4) Sets of golf clubs, tennis rackets, treadmill, cameras; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | J | 485.00 |
| | | Sporting Goods - Sunriver | J | 195.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Sho G. Dozono                                       Case No.  15-30736-rld7
           **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

**AMENDED**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Bikes, fishing gear, golf supplies, binoculars; FMV stated rep's debtor's 1/2 interest in jointly owned assets w/non-filing spouse | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $500,000 Term Life Insurance Policy<br>Ameritas Life Insurance Corp<br>Policy No. ending 6770A<br>Owner/Insured: Sho Dozono<br>Beneficiary: Azumano Travel Services, Inc.; Policy Issue Date: 2/24/2014;<br>Expires: 2/24/2044 | H | 0.00 |
| | | $1,400,000 Term Life Insurance Policy<br>Ameritas Life Insurance Corp<br>Policy No. ending 1554<br>Owner/Insured: Sho Dozono<br>Beneficiary: Loen A. Dozono<br>Policy Issue Date: 2/5/2010;<br>Expires: 2/5/2044 | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Azumano International Inc 401(k) Plan<br>FMV stated represents balance on Petition Date | H | 1,282.45 |
| | | Azumano Travel Wizard 401(k)<br>Custodian: Charles Schwab Bank<br>Debtor believes this account was closed and any funds remaining were rolled over to the Azumano International 401(k) plan | H | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Interest in Azumano International, Inc. | H | 0.00 |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 22, 2015, at 09:48:37 - 30755-302Y-***** - PDF-XChange 4.0

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Sho G. Dozono                                    Case No.  15-30736-rld7
        **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

**AMENDED**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | | |
| | | Interest in Azumano Travel Service, Inc. | H | 0.00 |
| | | Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | | |
| | | Interest in Premier Gateway, Inc. | H | 0.00 |
| | | Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | | |
| | | Interest in Dozono Management Corporation | H | 0.00 |
| | | Debtor sole shareholder; company's debts exceed the value of its assets and therefore, debtor believes there is no value | | |
| | | Interest in Oregon League of Minority Voters | H | 0.00 |
| | | Oregon League of Minority Voters is a non-profit corporation; corporation owns no assets and therefore debtor believes there is no value | | |
| | | Interest in Ahlan International LLC | H | 0.00 |
| | | Debtor sole member; company's debts exceed the value of its assets, if any; debtor believes there is no value | | |
| | | Portland Electric Cab LLC | H | 0.00 |
| | | Debtor sole member; only the business name has been reserved; the company has never transacted any business; debtor believes there is no value | | |
| | | Interest in Mt Hood Organic Farms II LLC | H | 0.00 |
| | | Debtor sole member; only the business name has been reserved; the company has not transacted any business; debtor believes there is no value | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Sho G. Dozono
    Debtor

Case No.  15-30736-rld7
    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

**AMENDED**

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Audi A4<br>Amendment note: Amended FMV to reflect debtor's 1/2 interest based on Kelley Blue Book trade-in value; titled jointly in debtor & wife's names; vehicle subject to lien of OnPoint Community Credit Union<br><br>2010 Toyota Prius<br>Amendment note: Amended to reflect debtor's 1/2 interest in vehicle titled jointly in debtor and wife's names (debtor is coborrower); subject to lien of OnPoint Community Credit Union | J<br><br><br><br><br>J | 7,949.50<br><br><br><br><br>6,284.50 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Sho G. Dozono                                         Case No.   15-30736-rld7
      **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

**AMENDED**

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Earned but Unpaid Wages - Azumano International, Inc. Wages earned but unpaid from 2/7/15 - 2/17/15 (7 days - 8 hrs. p/day x $28.8450 p/hr = $1,615.32 est. gross) less withholdings of 26.5% = net wages approx. $1,187.26; 75% exempt = $890.45 | H | 1,187.26 |
| | | Earned but Unpaid Wages - Azumano Company Wages earned but unpaid from 2/1/15 - 2/17/15 (12 working days - 8 hrs. p/day x $33.654 p/hr = $3,230.78 est. gross) less withholdings of 26.5% = net wages approx. $2,374.62; 75% exempt = $1,780.97 | H | 2,374.62 |

                              0   continuation sheets attached   Total   $  **41,097.08**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re  Sho G. Dozono  Case No. 15-30736-rld7
　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)　　　　　　☐ Check if debtor claims a homestead exemption that exceeds $155,675*.
☑ 11 U.S.C. § 522(b)(3)

AMENDED

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | ORS 18.395 (1) | 40,000.00 | 650,000.00 |
| Cash on Hand | ORS 18.345 (1)(o) | 125.00 | 125.00 |
| Interest in Azumano International, Inc. | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Azumano Travel Service, Inc. | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Premier Gateway, Inc. | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Dozono Management Corporation | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Oregon League of Minority Voters | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Ahlan International LLC | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Portland Electric Cab LLC | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Interest in Mt Hood Organic Farms II LLC | ORS 18.345 (1)(o) | 100% of FMV | 0.00 |
| Wells Fargo Bank Joint Preferred Rate Savings Account | ORS 18.345 (1)(o) | 0.07 | 0.07 |
| OnPoint Community Credit Union Joint Interest Checking Account | ORS 18.345 (1)(o) | 272.43 | 2,941.13 |
| OnPoint Community Credit Union Joint Member Savings Account | ORS 18.345 (1)(o) | 2.50 | 2.50 |
| 2009 Audi A4 | ORS 18.345 (1)(d) | 3,000.00 | 7,949.50 |
| $500,000 Term Life Insurance Policy | ORS 743.046 | 100% of FMV | 0.00 |
| $1,400,000 Term Life Insurance Policy | ORS 743.046 | 100% of FMV | 0.00 |
| Azumano International Inc 401(k) Plan | ORS 18.358 | 100% of FMV | 1,282.45 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6C (Official Form 6C) (04/13) -- Cont.**

In re   Sho G. Dozono                                             Case No.   15-30736-rld7
       **Debtor**                                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

AMENDED

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Azumano Travel Wizard 401(k) | ORS 18.358 | 100% of FMV | Unknown |
| Household Goods, Furnishings & Appliances - Residence | ORS 18.345 (1)(f) | 3,000.00 | 4,304.50 |
| Books, Pictures & Collectibles - Residence | ORS 18.345 (1)(a) | 600.00 | 963.00 |
| Men's Clothing & Accessories | ORS 18.345 (1)(b) | 600.00 | 490.00 |
| Men's Wedding Ring, Watches & Fine Pens | ORS 18.345 (1)(b) | 1,200.00 | 275.00 |
| Earned but Unpaid Wages - Azumano International, Inc. | ORS 18.385 (1) | 890.45 | 1,187.26 |
| Earned but Unpaid Wages - Azumano Company | ORS 18.385 (1) | 1,780.97 | 2,374.62 |
| | Total exemptions claimed: | 52,753.87 | |

In re Sho G. Dozono
Debtor

Case No. 15-30736-rld7
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ~~44~~ 13 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 04/23/2015

Signature: /s/ Sho G. Dozono
Debtor

Date

Signature: Not Applicable
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

**AMENDED**

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X
Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date

Signature:

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.