UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In Re  Sho G. Dozono                                      Case No. 15-30736-rld7
                                                                    (if known)

AMENDED & RESTATED

STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**   Amendment note: No change.

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT     | SOURCE                                                                                                                                                                 |                         |
|------|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------------|
| 2015 | 25,372.42  | Azumano International, Inc., Azumano Company, Vaughn St rent income & SSI (amount stated approximate)                                                                  | FY: 01/01/15 to 02/17/15 |
| 2014 | 133,715.75 | Azumano International, Inc., Azumano Company, Azumano Travel Wizard LLC, Dozono Management Corporatoin, Nissin Travel Service USA, Inc. (amount stated approximate) (tax returns have not been prepared) | FY: 01/01/14 to 12/31/14 |
| 2013 | 122,946.00 | Azumano Travel Service, Inc., Azumano International, Inc., Dozono Management Corporation, Azumano Company, Azumano Travel Wizard, LLC (per tax return)                 | FY: 01/01/13 to 12/31/13 |

**2. Income other than from employment or operation of business**  Amendment note: No change.

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2014 | 59,005.77 | Vaughn St rent income, SSI benefits, interest, 401(k) and IRA distributions (amount stated approximate) |
| 2013 | 140,370.00 | Taxable interest, refunds/credits, business income, pension/annuities, rental income, SSI benefits (per joint tax return, some of which may be attributable to debtor's spouse) |

**3. Payments to creditors**  Amendment note: No change.

None ☒  Complete a. or b., as appropriate, and c.

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Amendment note: Amended to include additional payments made.

None ☐  *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| OnPoint Community Credit Union POB 3750 Portland, OR 97208 | 12/10/14 | 3,598.98 | |
| OnPoint Community Credit Union POB 3750 Portland, OR 97208 | 01/12/15 | 3,598.98 | |

AMENDED

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 02/10/15 | 3,598.98 | 650,417.93 |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 12/02/14 | 560.42 | |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 01/02/15 | 560.42 | |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 02/02/15 | 560.42 | 4,575.65 |
| Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 | 11/25/14 | 2,577.73 | |
| Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 | 12/24/14 | 2,577.73 | |
| Wells Fargo Bank NA<br>POB 6995<br>Portland, OR 97228-6995 | 01/27/15 | 2,577.73 | 371,836.62 |
| Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE 19850-5298 | 01/18/15 | 2,726.00 | |
| Chase<br>Cardmember Services<br>POB 15298<br>Wilmington, DE 19850-5298 | 01/21/15 (wife paid w/separate funds) | 25,000.00 | 5,632.43 |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 11/20/14 | 260.49 | |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 12/22/14 | 260.49 | |
| OnPoint Community Credit Union<br>POB 3750<br>Portland, OR 97208 | 01/20/15 | 260.49 | 5,711.42 |

AMENDED

| | | |
|---|---|---|
| None | | Amendment note: No change. |
| ☒ | | *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

AMENDED

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**  Amendment note: No change.

| | | |
|---|---|---|
| None ☐ | a. | List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Platinum Rapid Funding Group Ltd vs Azumano Travel Service Inc. and Sho Dozono aka Sho Gerald Dozono Case/Index No. 600756/2015 | Complaint (Breach of Contract, Account Stated, Enforcement of Note) | Supreme Court of the State of New York, County of Nassau | Summons served; answer due; default judgment entered |

| | | |
|---|---|---|
| None ☐ | | Amendment note: No change. |
| | b. | Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| IRS POB 7346 Philadelphia, PA 19101-7346 | 09/11/14 | $352.78 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 10/11/14 | $352.78 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 11/11/14 | $352.78 garnished from SSI |
| IRS POB 7346 Philadelphia, PA 19101-7346 | 12/11/14 | $390.74 garnished from SSI |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | 01/11/15 | $348.03 garnished from SSI |
| IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | 02/11/15 | $348.03 garnished from SSI |

**AMENDED**

**5. Repossessions, foreclosures and returns**   Amendment note: No change.

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**   Amendment note: No change.

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Amendment note: No change.

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**　Amendment note: No change.

None ☐　List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**AMENDED**

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Eppworth United Methodist Church<br>1333 SE 28th Ave<br>Portland, OR 97214 | None | Monthly | Tithes $400 p/mo. |

**8. Losses**　Amendment note: No change.

None ☒　List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**　Amendment note: No change.

None ☐　List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Greene & Markley, P.C.<br>1515 SW Fifth Avenue, Suite 600<br>Portland, OR 97201 | 02/22/15 (note: rcvd post-petition)<br>Payor: Loen A. Dozono Trust | $10,000 Retainer fee for Ch. 7 schedule preparation and representation |

**10. Other transfers** Amendment note: No change.

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

Amendment note: No change.

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts** Amendment note: No change.

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Bank of the West<br>PO Box 2830<br>Omaha, NE 68103-2830 | Business Checking Account<br>(Azumano Travel Service, Inc.)<br>Acct. No. 035-522524<br>Closing Balance: $0 | Closed on or about 11/19/14 |
| Bank of the West<br>PO Box 2830<br>Omaha, NE 68103-2830 | Business Checking Account<br>(Dozono Management Corp)<br>Acct. No. 035-525675<br>Closing Balance: $0 | Closed on or about 11/25/14 |
| Bank of the West<br>PO Box 2830<br>Omaha, NE 68103-2830 | Business Checking Account<br>(Premier Gateway, Inc.)<br>Acct. No. 035-523803<br>Closing Balance: $0 | Closed on or about 11/17/14 |
| Morgan Stanley Smith Barney LLC<br>1 New York Plaza<br>12th Floor<br>New York, NY 10004 | Charles Schwab IRA<br>Acct. No. 109 093790 097<br>Closing Balance: $0 | Date unknown; gross dist $2,469.59 |

AMENDED

___

**12. Safe deposit boxes**  Amendment note: No change.

☒ None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**AMENDED**

___

**13. Setoffs**  Amendment note: No change.

☒ None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

___

**14. Property held for another person**  Amendment note: No change.

☐ None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Tad Dozono<br>c/o 1534 SW Cardinell Dr<br>Portland, OR 97201 | Personal belongings (trunk inherited from great-grandparents), stool and misc. other items) value unknown | Portland Storage Company<br>Storage Unit # 06011<br>215 SE Morrison St<br>Portland, OR 97214 |
| Alison Dozono<br>c/o 1534 SW Cardinell Dr<br>Portland, OR 97201 | Various boxes containing personal belongings; value unknown | Portland Storage Company<br>Storage Unit #06011<br>215 SE Morrison St<br>Portland, OR 97214 |

___

**15. Prior address of debtor**  Amendment note: No change.

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**AMENDED**

___

**16. Spouses and Former Spouses**  Amendment note: No change.

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

___

**17. Environmental Sites**  Amendment note: No change.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

___

None ☒

Amendment note: No change.
a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

___

Amendment note: No change.
b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

Amendment note: No change.

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**   Amendment note: No change.

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Ahlan International LLC | 27-3412909 | 320 SW Stark Ste 600 Portland, OR 97204 | Travel agency | 09/09/10 to present (company inactive) |
| Azumano International, Inc. | 93-1070741 | 520 SW 6th Ave Ste 1030 Portland, OR 972044 | International student exchange program | 12/02/91 to present |
| Azumano Travel Service, Inc. | 93-1084824 | 320 SW Stark Ste 600 Portland, OR 97204 | Travel agency | 5/26/92 to present (company inactive) |
| Azumano Travel Wizard, LLC | 46-1901133 | 520 SW 6th Ave Ste 1030 Portland, OR 97204 | Travel agency | 04/19/13 to 016/20/14 (administratively dissolved) |
| Dozono Management Corporation | 20-3043238 | 520 SW 6th Ave Ste 1030 Portland, OR 97204 | Holding company | 06/17/05 to 03/04/15 (articles of dissolution filed) |
| Mt Hood Organic Farms II LLC | N/A | 520 SW 6th Ave Ste 1030 Portland, OR 97204 | Reservation of business name only; no business transacted | 06/19/14 to present |
| Oregon League of Minority Voters | Unknown | 804 N Alberta St Portland, OR 97217 | Non-profit corporation | 10/10/07 to present |

AMENDED

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Portland Electric Cab LLC | Unknown | 320 SW Stark St Ste 600 Portland, OR 97204 | Cab company; business never operated | 04/22/11 to present (company inactive) |
| Premier Gateway, Inc. | Unknown | 320 SW Stark Ste 600 Portland, OR 97204 | International air ticket sales | 01/29/91 to 03/04/15 (articles of dissolution filed) |

**AMENDED**

Amendment note: No change.

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

| NAME | ADDRESS |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**   Amendment note: No change.

None ☐  a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Sho Dozono<br>1534 SW Cardinell Dr<br>Portland, OR 97201 | At all relevant times |
| Thomas G. Bode, CPA<br>Alten Sakai & Company LLP<br>10260 SW Greenburg Rd Ste 300<br>Portland, OR 97223-5513 | 38 years |

Bankruptcy2015 ©1991-2015, New Hope Software, Inc., ver. 5.1.2-875 - Wednesday, April 22, 2015, at 11:26:15 - 30755-302Y-***** - PDF-XChange 4.0

| | | |
|---|---|---|
| None ☒ | Amendment note: No change.<br>b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. | |

NAME        ADDRESS        DATES SERVICES RENDERED

| | | |
|---|---|---|
| None ☐ | Amendment note: No change.<br>c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. | |

NAME        ADDRESS

Sho G. Dozono        1534 SW Cardinell Dr
       Portland, OR 97201

Thomas G. Bode, CPA        10260 SW Greenburg Rd Ste 300
Alten Sakai & Company LLP        Portland, OR 97223-5513

| | | |
|---|---|---|
| None ☐ | Amendment note: No change.<br>d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor. | |

NAME AND ADDRESS        DATE ISSUED

Note: Debtor may have provided financial statements to the IRS within the last 2 years in connection with the trust fund recovery penalty assessment for unpaid withholdings by Azumano International, Inc. and/or Azumano Travel Wizard, LLC        Unknown

**20. Inventories**    Amendment note: No change.

| | | |
|---|---|---|
| None ☒ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. | |

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
       (Specify cost, market or other basis)

AMENDED

**AMENDED**

| None ☒ | Amendment note: No change.<br>b.　List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**　Amendment note: No change.

| None ☒ | a.　If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

| None ☒ | Amendment note: No change<br>b.　If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**　Amendment note: No change.

| None ☒ | a.　If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case. |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ☒ | Amendment note: No change.<br>b.　If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**　Amendment note: No change.

| None ☒ | If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

___

**24. Tax Consolidation Group**   Amendment note: No change.

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

___

**25. Pension Funds**   Amendment note: No change.

None ☒   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

Amended & Restated

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  04/23/2015          Signature of Debtor   /s/ Sho G. Dozono
                                                SHO G. DOZONO

**AMENDED**

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

**AMENDED**

_____

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*