UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. __15-30736-rld7__ (If Known)
)
Sho G. Dozono )
) CHAPTER 7 INDIVIDUAL DEBTOR'S*
) STATEMENT OF INTENTION
Debtor(s) ) PER 11 U.S.C. §521(a)

**AMENDED**

**\*IMPORTANT NOTICES TO DEBTOR(S)**

(1) **SIGN AND FILE this form even if** you show "NONE," **AND**, if creditors are listed, **have the service certificate COMPLETED; AND**
(2) **Failure to perform** the intentions as properly stated below within 30 days after the first date set for the Meeting of Creditors under 11 USC §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A** - Debts secured by property of the estate. (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of the estate. Attach additional pages is necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** OnPoint Community Credit Union | **Describe Property Securing Debt:** Residence |

Property will be (check one): ☐ SURRENDERED ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain (for example, avoid lien using 11 USC §522(f)) ~~retain, keep current~~  To be sold by trustee

Property is (check one): ☑ CLAIMED AS EXEMPT ☐ NOT CLAIMED AS EXEMPT

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** Wells Fargo Bank NA | **Describe Property Securing Debt:** Sunriver Home |

Property will be (check one): ☐ SURRENDERED ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

| Property No. 3 (if necessary) | |
|---|---|
| **Creditor's Name:** OnPoint Community Credit Union | **Describe Property Securing Debt:** 2009 Audi A4 |

Property will be (check one): ☐ SURRENDERED ☑ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one): ☑ CLAIMED AS EXEMPT ☐ NOT CLAIMED AS EXEMPT

521.05 (12/1/08)

Case 15-30736-rld7    Doc 27    Filed 04/23/15

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** NO Leased Property | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):  ☐ YES   ☐ NO |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):  ☐ YES   ☐ NO |

| Property No. 3 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):  ☐ YES   ☐ NO |

AMENDED

☑ Continuation sheets attached (if any).

*I DECLARE UNDER PENALTY OF PERJURY THAT* **THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.**

DATE: 04/23/2015

/s/ Sho G. Dozono
DEBTOR'S SIGNATURE

_____
JOINT DEBTOR'S SIGNATURE (if applicable)

*I /WE THE UNDERSIGNED, CERTIFY THAT COPIES OF* **BOTH THIS DOCUMENT** AND **LOCAL FORM #715** *WERE SERVED ON* **ANY** *CREDITOR NAMED ABOVE.*

DATE: 04/23/2015

/s/ David A. Foraker                    812280
DEBTOR OR ATTORNEY'S SIGNATURE      OSB# (if attorney)

_____
JOINT DEBTOR'S SIGNATURE (if applicable and no attorney)

DAVID A. FORAKER          (503) 295-2668
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

1515 SW Fifth Avenue, Suite 600
SIGNER'S ADDRESS (if attorney)

Portland, OR 97201

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR RAILS TO TIMELY PERFORM STATED INTENTIONS**

Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL Relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

**QUESTIONS????**
Call an attorney with question about these procedures or the law. However, only call the debtor's attorney if you have questions About the debtor's intent as to your collateral.

**PART A** - Continuation

| Property No. 4 (if necessary) | |
|---|---|
| **Creditor's Name:** OnPoint Community Credit Union | **Describe Property Securing Debt:** 2010 Toyota Prius |

Property will be (check one):  ☐ SURRENDERED   ☑ RETAINED

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one):  ☐ CLAIMED AS EXEMPT   ☑ NOT CLAIMED AS EXEMPT

*AMENDED*

| Property No. 5 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):  ☐ SURRENDERED   ☐ RETAINED

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one):  ☐ CLAIMED AS EXEMPT   ☐ NOT CLAIMED AS EXEMPT

| Property No. 6 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):  ☐ SURRENDERED   ☐ RETAINED

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 USC §522(f)) _____

Property is (check one):  ☐ CLAIMED AS EXEMPT   ☐ NOT CLAIMED AS EXEMPT

**PART B** - Continuation

| Property No. 4 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):  ☐ YES   ☐ NO |

| Property No. 5 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):  ☐ YES   ☐ NO |

| Property No. 6 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2):  ☐ YES   ☐ NO |