```
In re:                                                              Case No. 15-30736-rld
Sho G Dozono                                                        Chapter 7
        Debtor           CERTIFICATE OF NOTICE

District/off: 0979-3          User: admin              Page 1 of 3           Date Rcvd: Apr 27, 2015
                              Form ID: OFT             Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2015.
db            Sho G Dozono,   1534 SW Cardinell Drive,   Portland, OR 97201-3134
smg          +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
               Salem, OR 97309-5013
smg          +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg          +US Attorney General,   Department of Justice,   10th & Constitution NW,
               Washington, DC 20530-0001
100913782    +Aflac Worldwide Headquarters,   1932 Wynnton Rd,   Columbus, GA 31999-0002
100913783     Airlines Reporting Corporation,   3000 Wilson Blvd Ste 300,   Arlington, VA 22201-3862
100926231    +Akiyama, Chiyo,   c/o Hiroko Minami,   13825 NE Beech St,   Portland, OR 97230-2735
100926232    +Alghasham, Issam,   4802 Nassau Ave NE #192,   Tacoma, WA 98422-4630
100913787    +Azumano Holding Inc,   320 SW Stark St Ste 600,   Portland, OR 97204-2625
100913788    +Azumano International Inc,   520 SW 6th Ave Ste 1030,   Portland, OR 97204-1512
100913789    +Azumano Travel,   520 SW 6th Ave Ste 1030,   Portland, OR 97204-1512
100913790    +Azumano Travel Service Inc,   520 SW 6th Ave Ste 1030,   Portland, OR 97204-1512
100913791    +Azumano Travel Wizard LLC,   520 SW 6th Ave Ste 1030,   Portland, OR 97204-1512
100913793    +BizFunds LLC,   c/o Egon P Singerman Esq,   30625 Solon Rd Ste C,   Cleveland, OH 44139-3473
100913792    +BizFunds LLC,   4758 Ridge Rd #415,   Cleveland, OH 44144-3327
100926234    +Burke, Kathryn F,   c/o Cyrus E Lam,   208 SW Stark St #600,   Portland, OR 97204-2607
100926235    +Burke, Malcolm N,   c/o Cyrus E Lam,   208 SW Stark St #600,   Portland, OR 97204-2607
100926236    +Burke, Michael G,   c/o Cyrus E Lam,   208 SW Stark St #600,   Portland, OR 97204-2607
100926237    +Burke, Thomas H,   c/o Cyrus E Lam,   208 SW Stark St #600,   Portland, OR 97204-2607
100913794    +Chadwick Funding & Merchant Capital Solutions,   250 Pehle Ave,   Saddle Brook, NJ 07663-5830
100913797    +Cisco Systems Capital Corporation,   170 W Tasman Dr MS SJ13-3,   San Jose, CA 95134-1700
100926238    +Conroy, Stephen M,   2039 Winners Circle,   N Lauderdale, FL 33068-5448
100913799    +Corporation Service Company,   Representative,   POB 2576,   Springfield, IL 62708-2576
100913800    +Dillon, Richard Allen,   15703 NW Fair Acres Dr,   Vancouver, WA 98685-1604
100913801    +Dozono Management Corporation,   520 SW 6th Ave Ste 1030,   Portland, OR 97204-1512
100913802    +Dozono, Elisa,   3173 N Willamette Blvd,   Portland, OR 97217-4065
100913803    +Dozono, Kristen,   9442 N Macrum,   Portland, OR 97203-2554
100913805    +Dozono, Loen A,   c/o Tara Schleicher Esq,   121 SW Morrison Ste 600,   Portland, OR 97204-3136
100913804    +Dozono, Loen A,   1534 SW Cardinell Dr,   Portland, OR 97201-3134
100913806    +Elf Investments,   11073 N Alpine Hwy,   Highland, UT 84003-8927
100913807    +Epic Advance Inc,   1360 Ocean Parkway Ste 2K,   Brooklyn, NY 11230-5627
100913808    +Farmers Insurance,   c/o Rex N Winder, Agent,   4504 SW Corbett #200,   Portland, OR 97239-6503
100913809     First National Bank Omaha,   POB 3696,   Omaha, NE 68103-0696
100913810     Fortress Merchant Solutions Inc,   360 RXR Plz,   Uniondale, NY 11556-0301
100913811     General Electric Capital Corporation,   POB 35701,   Billings, MT 59107-5701
100944099    +Golden State Equity Investors, Inc.,   assignee of Greyson Financial Svcs Inc,
               c/o Joel A Parker,   1211 SW 5th Ave, Suite 1900,   Portland OR 97204-3719
100913813    +Got Capital LLC,   c/o Paul C Galm Esq,   12220 SW First St,   Beaverton, OR 97005-2889
100913812    +Got Capital LLC,   500 Frank W Burr Blvd Glenpoint,   Center West, FL4 Ste 16,
               Teaneck, NJ 07666-6804
100913814    +Greene & Markley PC,   1515 SW 5th Ave Ste 600,   Portland, OR 97201-5492
100913815    +HM USA Inc,   231 SE 154th Ave,   Portland, OR 97233-3105
100913817     Kadri, Betty L & S. M.,   2548 SE Ankeny St,   Portland, OR 97214-1727
100913819    +Knight, Philip H,   c/o Nike Inc,   One Bowerman Dr,   Beaverton, OR 97005-0979
100913820    +Kotera, Kosuke Dr,   c/o Bethany L Coleman-Fire Esq,   1300 SW Fifth Ave Ste 2400,
               Portland, OR 97201-5610
100926239    +Lam, Cyrus E,   208 SW Stark St #600,   Portland, OR 97204-2607
100913821    +Leinhart, Ross,   1001 NW Lovejoy PH-1,   Portland, OR 97209-3577
100913822    +Loen A Dozono Trust,   c/o Loen Dozono Trustee,   1534 SW Cardinell Dr,
               Portland, OR 97201-3134
100913823     Multnomah County Tax Assessor,   POB 2716,   Portland, OR 97208-2716
100913824    +Newsom, Terry,   14747 NW GreenBrier Pkwy,   Beaverton, OR 97006-5601
100913825    +Northwestern Mutual,   720 E Wisconsin Ave,   Milwaukee, WI 53202-4703
100913827   ++ONPOINT COMMUNITY CREDIT UNION,   PO BOX 3750,   PORTLAND OR 97208-3750
             (address filed with court: OnPoint Community Credit Union,   POB 3750,   Portland, OR  97208)
100926240    +Ominato, Kayoko,   c/o Hiroko Minami,   13825 NE Beech St,   Portland, OR 97230-2735
100926241    +Patrick & Karen Carey Revocable Trust,   c/o Patrick & Karen Carey Trustees,
               6645 SW Preslynn Dr,   Portland, OR 97225-2633
100913829    +Platinum Rapid Funding Group Ltd,   c/o Lindsey Rohan Esq,   8 Lafayette Ave,
               Lake Grove, NY 11755-2917
100913828    +Platinum Rapid Funding Group Ltd,   Attn Kevin S Thompson, Controller,   348 RXR Plaza,
               Uniondale, NY 11556-0348
100913830   #+Premier Gateway Inc,   320 SW Stark St #600,   Portland, OR 97204-2625
100926242    +Reliable Fast Cash,   c/o Chris O'Neill Esq,   1737 NE Broadway,   Portland, OR 97232-1427
100913831    +Reliable Fast Cash,   One Metrotech Center 20th Fl,   Brooklyn, NY 11201-3949
100913832    +Sasaki, Nathan,   412 NW Couch Ste 3201,   Portland, OR 97209-3877
100913833    +Silverstein, Gary,   3331 Lazy Branch Rd,   Charlotte, NC 28270-0622
100913835    +Sloy, Ronald F,   148 S 295th Pl,   Federal Way, WA 98003-3659
100913836     State of Oregon,   Business Development Dept,   775 Summer St NE Ste 200,
               Salem, OR 97301-1280
100913837    +Summers, Brent G Esq,   Tarlow Naito & Summers LLP,   2501 SW 1st Ave Ste 390,
               Portland, OR 97201-4751
100913841     TYK, LLC,   Attn Masaru Yatabe, Manager,   231 SE 154th Ave,   Portland, OR 97233-3105
```

```
100913842       TYK, LLC,    c/o Dr Kosuke Kotera, Member,    14-2 Hinoike-Cho,    HYOGO 662-0084,
                 Nishinomiya, Japan
100913838      +The Hartford,    POB 14219,    Lexington, KY 40512-4219
100913839      +Travel Wizard LLC,    c/o Robert McMillen, Manager,    5675 Lucas Valley Rd,
                 Nicasio, CA 94946-9711
100913840      +Turner, Thomas,    3173 N Willamette Blvd,    Portland, OR 97217-4065
100913844      +US Bancorp Business Equipment Finance Group,    1310 Madrid St,    Marshall, MN 56258-4099
100913843      +Umpqua Bank,    POB 2928,    Portland, OR 97208-2928
100913850       Yatabe, Masaru and Alice,    231 SE 154th Ave,    Portland, OR 97233-3105
100913851      +Yellowstone Capital LLC,    160 Pearl St,    New York, NY 10005-1617
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QAEMITCHELL.COM Apr 28 2015 00:58:00      Amy E Mitchell,   POB 2289,
                 Lake Oswego, OR 97035-0074
100913784       EDI: AMEREXPR.COM Apr 28 2015 00:58:00      American Express,   POB 981535,
                 El Paso, TX 79998-1535
100913785       EDI: AMEREXPR.COM Apr 28 2015 00:58:00      American Express Travel Related Svc Co,   POB 299051,
                 Ft Lauderdale, FL 33329-9051
100913786      +E-mail/Text: dwilliams@ameritas.com Apr 28 2015 01:13:20      Ameritas Life Insurance Corp,
                 5900 O Street,    Lincoln, NE 68510-2234
100926233       EDI: BANKAMER.COM Apr 28 2015 00:58:00      Bank of America,   POB 982238,
                 El Paso, TX 79998-2238
100913795       EDI: CHASE.COM Apr 28 2015 00:58:00      Chase,   Cardmember Services,   POB 15123,
                 Wilmington, DE 19850-5123
100913796       EDI: CHASE.COM Apr 28 2015 00:58:00      Chase,   Cardmember Services,   POB 15298,
                 Wilmington, DE 19850-5298
100913798       EDI: CITICORP.COM Apr 28 2015 00:58:00      CitiBusiness Card,   POB 6235,
                 Sioux Falls, SD 57117-6235
100913816       EDI: IRS.COM Apr 28 2015 00:58:00      IRS,   POB 7346,   Philadelphia, PA 19101-7346
100913818      +E-mail/Text: rita.robles@key.com Apr 28 2015 01:12:41      Key Equipment Finance Inc,
                 600 Travis St 14th Flr,    Houston, TX 77002-3009
100913826       EDI: ORREV.COM Apr 28 2015 00:58:00      ODR Bkcy,   955 Center NE #353,   Salem, OR 97301-2555
100913845       EDI: USBANKARS.COM Apr 28 2015 00:58:00      US Bank,   Cardmember Service,   POB 6353,
                 Fargo, ND 58125-6353
100913848      +EDI: WFFC.COM Apr 28 2015 00:58:00      WF Business Direct,   POB 348750,
                 Sacramento, CA 95834-8750
100913846       EDI: WFFC.COM Apr 28 2015 00:58:00      Wells Fargo Bank NA,   POB 6995,
                 Portland, OR 97228-6995
100913847       EDI: WFFC.COM Apr 28 2015 00:58:00      Wells Fargo Card Services,   POB 10347,
                 Des Moines, IA 50306-0347
100913849      +E-mail/Text: cjones@wgfinancing.com Apr 28 2015 01:13:28      World Global Financing Inc,
                 141 North East 3rd Ave,    Miami, FL 33132-2207
                                                                                               TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            ODR Bkcy,    955 Center NE #353,    Salem, OR 97301-2555
100913781      ##+ACH Capital LLC,    2715 Coney Island Ave 2nd Fl,    Brooklyn, NY 11235-5068
100913834      ##+Sitka Holdings LLC,    Attn Mark Taylor,    3401 Daniels St,    Vancouver, WA 98660-1927
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2015                                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2015 at the address(es) listed below:
NONE.   TOTAL: 0

```
OFT (3/12/14)
```

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 27, 2015

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**Sho G Dozono** ) Case No. **15–30736–rld7**
   *Other names used by debtor:*Sho Gerald Dozono )
Debtor(s) )
) ORDER AND NOTICE
) OF TIME TO FILE CLAIMS
)
)

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **7/28/15** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

                                                                          Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.