```
                              United States Bankruptcy Court
                                   District of Oregon
In re:                                                        Case No. 15-30736-rld
Sho G Dozono                                                  Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0979-3          User: Admin.                Page 1 of 3                  Date Rcvd: Oct 06, 2015
                              Form ID: DWA                Total Noticed: 112

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2015.
db             Sho G Dozono,    1534 SW Cardinell Drive,    Portland, OR 97201-3134
smg           +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                Salem, OR 97309-5013
smg           +US Attorney General,    Department of Justice,    10th & Constitution NW,
                Washington, DC 20530-0001
intp          +Elizabeth Brady Jacobson,    7130 Smullin Rd,    Mt. Hood, OR 97041-8723
100913782     +Aflac Worldwide Headquarters,    1932 Wynnton Rd,    Columbus, GA 31999-0002
100913783      Airlines Reporting Corporation,    3000 Wilson Blvd Ste 300,    Arlington, VA 22201-3862
100926231     +Akiyama, Chiyo,    c/o Hiroko Minami,    13825 NE Beech St,    Portland, OR 97230-2735
100926232     +Alghasham, Issam,    4802 Nassau Ave NE #192,    Tacoma, WA 98422-4630
100913787     +Azumano Holding Inc,    320 SW Stark St Ste 600,    Portland, OR 97204-2625
100913788     +Azumano International Inc,    520 SW 6th Ave Ste 1030,    Portland, OR 97204-1512
100913789     +Azumano Travel,    520 SW 6th Ave Ste 1030,    Portland, OR 97204-1512
100913790     +Azumano Travel Service Inc,    520 SW 6th Ave Ste 1030,    Portland, OR 97204-1512
100913791     +Azumano Travel Wizard LLC,    520 SW 6th Ave Ste 1030,    Portland, OR 97204-1512
100913792     +BizFunds LLC,    4758 Ridge Rd #415,    Cleveland, OH 44144-3327
100926234     +Burke, Kathryn F,    c/o Cyrus E Lam,    208 SW Stark St #600,    Portland, OR 97204-2607
100926235     +Burke, Malcolm N,    c/o Cyrus E Lam,    208 SW Stark St #600,    Portland, OR 97204-2607
100926236     +Burke, Michael G,    c/o Cyrus E Lam,    208 SW Stark St #600,    Portland, OR 97204-2607
100926237     +Burke, Thomas H,    c/o Cyrus E Lam,    208 SW Stark St #600,    Portland, OR 97204-2607
100913794     +Chadwick Funding & Merchant Capital Solutions,    2125 Center Ave Ste 405,
                Fort Lee, NJ 07024-5812
100982367      Chiyo Akiyama,    c/o Hiroko Minami,    13825 NE Beech Street,    Portland, OR 97230-2735
100913797     +Cisco Systems Capital Corporation,    170 W Tasman Dr MS SJ13-3,    San Jose, CA 95134-1700
100926238     +Conroy, Stephen M,    2039 Winners Circle,    N Lauderdale, FL 33068-5448
100913799     +Corporation Service Company,    Representative,    POB 2576,    Springfield, IL 62708-2576
100913800     +Dillon, Richard Allen,    15703 NW Fair Acres Dr,    Vancouver, WA 98685-1604
100913801     +Dozono Management Corporation,    520 SW 6th Ave Ste 1030,    Portland, OR 97204-1512
100913802     +Dozono, Elisa,    3173 N Willamette Blvd,    Portland, OR 97217-4065
100913803     +Dozono, Kristen,    9442 N Macrum,    Portland, OR 97203-2554
100913805     +Dozono, Loen A,    c/o Tara Schleicher Esq,    121 SW Morrison Ste 600,    Portland, OR 97204-3136
100913804     +Dozono, Loen A,    1534 SW Cardinell Dr,    Portland, OR 97201-3134
101019977     +ELF Investments, LLC,    1001 NW Lovejoy Street,    Unit PH-1,    Portland, OR 97209-3574
100913793     +Egon P. Singerman, Atty,    BizFunds LLC,    c/o Egon P Singerman Esq,    30625 Solon Rd Ste C,
                Cleveland, OH 44139-3473
100913806     +Elf Investments,    11073 N Alpine Hwy,    Highland, UT 84003-8927
101021524     +Elizabeth Brady Jacobson,    c/o Tonkon Torp LLP, Attn Leon Simson,    888 SW 5th Ave, Ste 1600,
                Portland, OR 97204-2030
100913807     +Epic Advance Inc,    1360 Ocean Parkway Ste 2K,    Brooklyn, NY 11230-5627
100913808     +Farmers Insurance,    c/o Rex N Winder, Agent,    4504 SW Corbett #200,    Portland, OR 97239-6503
100913809      First National Bank Omaha,    POB 3696,    Omaha, NE 68103-0696
100960046     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
100913810      Fortress Merchant Solutions Inc,    360 RXR Plz,    Uniondale, NY 11556-0301
100913811      General Electric Capital Corporation,    POB 35701,    Billings, MT 59107-5701
100987629     +Golden State Equity Investors Inc,    1793 Union St,    San Francisco, CA 94123-4427
100944099     +Golden State Equity Investors, Inc.,    assignee of Greyson Financial Svcs Inc,
                c/o Joel A Parker,    1211 SW 5th Ave, Suite 1900,    Portland OR 97204-3719
100913813     +Got Capital LLC,    c/o Paul C Galm Esq,    12220 SW First St,    Beaverton, OR 97005-2889
100913812     +Got Capital LLC,    500 Frank W Burr Blvd Glenpoint,    Center West, FL4 Ste 16,
                Teaneck, NJ 07666-6804
100913814     +Greene & Markley PC,    1515 SW 5th Ave Ste 600,    Portland, OR 97201-5492
100913815     +HM USA Inc,    231 SE 154th Ave,    Portland, OR 97233-3105
100987630     +Jacobson, Elizabeth B,    c/o Leon Simson Esq,    888 SW 5th Ave Ste 1600,
                Portland, OR 97204-2030
100913817     +Kadri, Betty L & S. M.,    2548 SE Ankeny St,    Portland, OR 97214-1727
100972383     +Karen M.T. Nashiwa,    Folawn Alterman & Richardson, LLP,    805 SW Broadway, Suite 2750,
                Portland, OR 97205-3306
100982366      Kayoko Ominato,    c/o Hiroko Minami,    13825 NE Beech Street,    Portland, OR 97230-2735
100913819     +Knight, Philip H,    c/o Nike Inc,    One Bowerman Dr,    Beaverton, OR 97005-0979
100913820     +Kotera, Kosuke Dr,    c/o Bethany L Coleman-Fire Esq,    1300 SW Fifth Ave Ste 2400,
                Portland, OR 97201-5610
100926239     +Lam, Cyrus E,    208 SW Stark St #600,    Portland, OR 97204-2607
100913821     +Leinhart, Ross,    1001 NW Lovejoy PH-1,    Portland, OR 97209-3577
100913822     +Loen A Dozono Trust,    c/o Loen Dozono Trustee,    1534 SW Cardinell Dr,
                Portland, OR 97201-3134
100972384     +Masaru Yatabe,    Folawn Alterman & Richardson, LLP,    805 SW Broadway, Suite 2750,
                Portland, OR 97205-3306
100913823     +Multnomah County Tax Assessor,    POB 2716,    Portland, OR 97208-2716
101012010     +Nathan Sasaki,    351 NW 12th Ave,    Portland, OR 97209-2905
100913824     +Newsom, Terry,    14747 NW GreenBrier Pkwy,    Beaverton, OR 97006-5601
100913825     +Northwestern Mutual,    720 E Wisconsin Ave,    Milwaukee, WI 53202-4703
100913827    ++ONPOINT COMMUNITY CREDIT UNION,    PO BOX 3750,    PORTLAND OR 97208-3750
               (address filed with court: OnPoint Community Credit Union,      POB 3750,    Portland, OR  97208)
100926240     +Ominato, Kayoko,    c/o Hiroko Minami,    13825 NE Beech St,    Portland, OR 97230-2735
```

```
100926241     +Patrick & Karen Carey Revocable Trust,   c/o Patrick & Karen Carey Trustees,
               6645 SW Preslynn Dr,   Portland, OR 97225-2633
100913829     +Platinum Rapid Funding Group Ltd,   c/o Lindsey Rohan Esq,   8 Lafayette Ave,
               Lake Grove, NY 11755-2917
100913828     +Platinum Rapid Funding Group Ltd,   Attn Kevin S Thompson, Controller,   348 RXR Plaza,
               Uniondale, NY 11556-0348
100954505     +Platinum Rapid Funding Group Ltd.,   348 RXR Plaza,   None,   Uniondale, NY 11556-0348
100926242     +Reliable Fast Cash,   c/o Chris O'Neill Esq,   1737 NE Broadway,   Portland, OR 97232-1427
100913831     +Reliable Fast Cash,   One Metrotech Center 20th Fl,   Brooklyn, NY 11201-3949
100952077     +Richard Allen Dillon,   15703 NW Fair Acres Dr.,   Vancouver, WA 98685-1604
100979026     +Ronald F. Sloy, Sr.,   148 S. 295th Place,   Federal Way, WA 98003-3659
101019976     +Ross Lienhart,   1001 NW Lovejoy Street,   Unit PH-1,   Portland, OR 97209-3574
100913832     +Sasaki, Nathan,   412 NW Couch Ste 3201,   Portland, OR 97209-3877
100913833     +Silverstein, Gary,   3331 Lazy Branch Rd,   Charlotte, NC 28270-0622
100913834     +Sitka Holdings LLC,   351 NW 12th Ave,   Portland, OR 97209-2905
100913835     +Sloy, Ronald F,   148 S 295th Pl,   Federal Way, WA 98003-3659
100913836      State of Oregon,   Business Development Dept,   775 Summer St NE Ste 200,
               Salem, OR  97301-1280
100913837     +Summers, Brent G Esq,   Tarlow Naito & Summers LLP,   2501 SW 1st Ave Ste 390,
               Portland, OR 97201-4751
100913841     +TKY, LLC,   Attn Dr. Kousuke Kotera,   c/o Jonathan C Smale Esq,   621 SW Morrison, Ste 1225,
               Portland, OR 97205-3863
100913842      TYK, LLC,   c/o Dr Kosuke Kotera, Member,   14-2 Hinoike-Cho,   HYOGO 662-0084,
               Nishinomiya, Japan
101021519     +Tarlow Naito & Summers, LLP,   Attn: Brent G. Summers,   2501 SW 1st Avenue, Ste 390,
               Portland OR 97201-4751
101011999     +Taylor G Duty,   351 NW 12th Ave,   Portland, OR 97209-2905
100979025     +Terry Newsom,   14747 NW GreenBrier Parkway,   Beaverton, OR 97006-5601
100913838     +The Hartford,   POB 14219,   Lexington, KY 40512-4219
100913839     +Travel Wizard LLC,   c/o Robert McMillen, Manager,   5675 Lucas Valley Rd,
               Nicasio, CA 94946-9711
100913840     +Turner, Thomas,   3173 N Willamette Blvd,   Portland, OR 97217-4065
100913844     +US Bancorp Business Equipment Finance Group,   1310 Madrid St,   Marshall, MN 56258-4099
100913843     +Umpqua Bank,   POB 2928,   Portland, OR 97208-2928
100913850      Yatabe, Masaru and Alice,   231 SE 154th Ave,   Portland, OR 97233-3105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QAEMITCHELL.COM Oct 07 2015 01:13:00      Amy E Mitchell,   POB 2289,
               Lake Oswego, OR 97035-0074
smg           +E-mail/Text: usaor.bankruptcy@usdoj.gov Oct 07 2015 01:19:27      US Attorney,   US Attorney,
               1000 SW 3rd Ave #600,   Portland, OR 97204-2936
100913781     +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Oct 07 2015 01:18:31      ACH Capital LLC,
               c/o The Company Corporation,   Registered Agent,   2711 Centerville Rd Ste 400,
               Wilmington, DE 19808-1645
100913784      EDI: AMEREXPR.COM Oct 07 2015 01:13:00      American Express,   POB 981535,
               El Paso, TX  79998-1535
100970994      EDI: BECKLEE.COM Oct 07 2015 01:13:00      American Express Bank, FSB,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
100999060      EDI: BECKLEE.COM Oct 07 2015 01:13:00      American Express Travel Related Services,   Co, Inc,
               c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
100913785      EDI: AMEREXPR.COM Oct 07 2015 01:13:00      American Express Travel Related Svc Co,   POB 299051,
               Ft Lauderdale, FL  33329-9051
100913786     +E-mail/Text: dwilliams@ameritas.com Oct 07 2015 01:19:09      Ameritas Life Insurance Corp,
               5900 O Street,   Lincoln, NE 68510-2234
100926233      EDI: BANKAMER.COM Oct 07 2015 01:13:00      Bank of America,   POB 982238,
               El Paso, TX  79998-2238
101044310      E-mail/Text: bankruptcy@portlandoregon.gov Oct 07 2015 01:18:41      City of Portland,
               City Attorney's Office,   1221 SW 4th Ave Rm 430,   Portland OR 97204
100913795      EDI: CHASE.COM Oct 07 2015 01:13:00      Chase,   Cardmember Services,   POB 15123,
               Wilmington, DE  19850-5123
100913796      EDI: CHASE.COM Oct 07 2015 01:13:00      Chase,   Cardmember Services,   POB 15298,
               Wilmington, DE  19850-5298
100913798      EDI: CITICORP.COM Oct 07 2015 01:13:00      CitiBusiness Card,   POB 6235,
               Sioux Falls, SD  57117-6235
100913816      EDI: IRS.COM Oct 07 2015 01:13:00      IRS,   POB 7346,   Philadelphia, PA  19101-7346
100913818     +E-mail/Text: rita.robles@key.com Oct 07 2015 01:18:41      Key Equipment Finance Inc,
               600 Travis St 14th Flr,   Houston, TX 77002-3009
100913826      EDI: ORREV.COM Oct 07 2015 01:13:00      ODR Bkcy,   955 Center NE #353,   Salem, OR  97301-2555
100954943      EDI: ORREV.COM Oct 07 2015 01:13:00      ODR Bkcy,   955 Center St NE,   Salem OR 97301-2555
100957554      EDI: RECOVERYCORP.COM Oct 07 2015 01:13:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
101016295      EDI: RMSC.COM Oct 07 2015 01:13:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
100913845      EDI: USBANKARS.COM Oct 07 2015 01:13:00      US Bank,   Cardmember Service,   POB 6353,
               Fargo, ND  58125-6353
100913848     +EDI: WFFC.COM Oct 07 2015 01:13:00      WF Business Direct,   POB 348750,
               Sacramento, CA 95834-8750
100913846      EDI: WFFC.COM Oct 07 2015 01:13:00      Wells Fargo Bank NA,   POB 6995,
               Portland, OR  97228-6995
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
100913847        EDI: WFFC.COM Oct 07 2015 01:13:00      Wells Fargo Card Services,    POB 10347,
                 Des Moines, IA   50306-0347
100913849       +E-mail/Text: cjones@wgfinancing.com Oct 07 2015 01:19:13      World Global Financing Inc,
                 141 North East 3rd Ave,    Miami, FL 33132-2207
100913851       +E-mail/Text: bankruptcy@yellowstonecapllc.com Oct 07 2015 01:19:34       Yellowstone Capital LLC,
                 160 Pearl St,    New York, NY 10005-1617
                                                                                              TOTAL: 25

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            ODR Bkcy,    955 Center NE #353,    Salem, OR   97301-2555
cr*            ++ONPOINT COMMUNITY CREDIT UNION,    PO BOX 3750,    PORTLAND OR 97208-3750
                (address filed with court:   OnPoint Community  Credit Union,    POB 3750,
                 Portland, OR   97208-3750)
100980040*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
100988989*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
100996494*      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
100954379*      IRS,    PO Box 7346,    Philadelphia PA 19101-7346
101012000*     +Sitka Holdings, LLC,    351 NW 12th Ave,    Portland, OR 97209-2905
100913830    ##+Premier Gateway Inc,    320 SW Stark St #600,    Portland, OR 97204-2625
                                                                                    TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

**Below is an order of the Court.**

*[signature]*
**U.S. Bankruptcy Judge**

DWA (12/6/07) ljr

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Sho G Dozono,** xxx–xx–3289
  *Other names used by debtor:* Sho Gerald Dozono, Shozo G Dozono
Debtor(s)

Case No. **15–30736–rld7**

CHAPTER 7 ORDER RE:
DISCHARGE OF DEBTOR(S)

It appearing that on 2/17/15 a bankruptcy petition was filed by the debtor(s); timely complaints filed pursuant to 11 USC §523(a) could be pending and the court could still order that any affected debt is nondischargeable, however no complaint objecting to the debtor's discharge pursuant to 11 USC §727 was timely filed (or such complaint was filed, and after due notice and hearing, was dismissed); and therefore,

**IT IS ORDERED** that:

1. The debtor(s) shall be granted a discharge under 11 USC §727.

2. Each of the debtor's timely filed reaffirmation agreements that either did not require court approval, or that was approved by court order and was not subsequently either stricken or rescinded, is deemed enforceable (though possibly still subject to rescission to the extent provided by 11 USC §524). The information specified by 11 USC §524(d) was provided to the debtor(s) either as certified by an attorney in the agreement, or by the court on the back of the Notice of Discharge Hearing or at any Discharge Hearing.

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as a debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

<u>Collection of Discharged Debts Prohibited.</u> The discharge prohibits any attempt to collect from a debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (If applicable there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.) A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

Page 1 of 2     IMPORTANT: Debtors MUST READ BOTH SIDES of this document!

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts that are Discharged. The Chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to Chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged. Some of the common types of debts which are not discharged in a Chapter 7 bankruptcy case are:
   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes;
   c. Debts that are for domestic support obligations, or debts to a spouse or former spouse for property settlement;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts the bankruptcy court specifically has decided or will decide in this case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Page 2 of 2     IMPORTANT: Debtors MUST READ BOTH SIDES of this document!**

###